# EXHIBIT E

**Declaration of Christina Korbe**

1. I am currently in custody at Danbury FCI in the low security satellite prison ("FSL"). My Bureau of Prisons ("BOP") Register Number is 30233-068.

2. I have been incarcerated in the BOP for almost 12 years. My release date is set for May 18, 2022.

3. I am 51 years old. I have been diagnosed with degenerative disc disease and post-traumatic stress disorder.

4. In early April, I began experiencing symptoms consistent with COVID-19. My symptoms included a severe headache, body aches, fever, shortness of breath, and a terrible cough. I also lost my appetite and my sense of smell. The cough was the worst cough I have ever had. At one point, I coughed so hard that I was afraid I had fractured a rib.

5. I spoke to the medical department multiple times about my symptoms. When I coughed so hard that I feared I had fractured a rib, I submitted a request for an x-ray. In response, I was called to medical, but I was not given an x-ray. Medical told me that my vitals were good and that I was "healthy," and that I probably just pulled a muscle rather than fractured a rib. I was given no treatment. I bought Tylenol from the commissary for my pain.

6. My symptoms lasted for approximately three weeks. Upon hearing how hard I was coughing, one of the psychologists commented that I should be tested because I could be infecting other people. I responded, "Could you please make that happen?"

7. I was never offered a test for COVID-19.

8. I was also never quarantined in response to my symptoms. Instead, I was kept in general population.

9. At the FSL, all of us live in one dormitory-style room, which is like a big "warehouse," with about 160 to 170 inmates total. The dormitory is divided up into cubicles with two bunkbeds in each. The dormitory also contains our common area with televisions, hair care, laundry, phones, and computers, as well as our bathrooms and showers.

10. There are currently three people, including me, living in my cubicle. Many of the cubicles have four people. My cubicle is approximately 10 feet by 10 feet. Within the cubicle, the two bunkbeds are approximately 6 feet apart. Most of the cubicles are separated by a partition about an inch thick; however, some of the partitions do not reach

all the way up to the top bunk, so in some cases, two people on top bunks in separate cubicles are sleeping right next to one another.

11. In the common area, there are 12 phones, but not all of them are working. There are 6 computers, but only 4 of them are working. These are shared among the 160 to 170 women who live here. The phones and computers are not being cleaned in between each use; rather, they are being cleaned at most three times per day, and sometimes less frequently.

12. There are 24 showers for all of us, but not all of them are working. The showers are cleaned once per day.

13. FSL has canceled all classes and programming, as well as indoor recreation, and we are being called to meals in waves. However, this has not made much of a difference in our daily contact with one another, because we are still living side by side in the crowded dormitories, and standing side by side in line for meals. We share countless items that we all touch many times per day, including, for example, the phones, computers, laundry, ice machine, door handles, and a hot water spigot that we use to make coffee and food.

14. Staff members here have been taking the inmates' temperature every day. They go down our rows of cubicles to do this, but on quite a few occasions, I have noticed that everyone in the same row is told that they have the exact same temperature. Sometimes, I and other women have not gotten out of bed to have our temperature taken, and no one seems to notice or care.

15. Before April 24, 2020, I was aware of only four women in the FSL who had been tested for COVID-19, at least two of whom tested positive. But many more people were sick. I have personally observed many other prisoners with symptoms similar to mine. Many staff members have been absent. Although a few women were placed into quarantine, the majority of women with symptoms were not.

16. On April 24, 2020, a woman in the FSL became extremely sick. She was vomiting and struggling for air. Other inmates were around her, trying to help her, without wearing any gloves or masks. She was sick for hours, and throughout the night. We did not understand why staff did not take her to the hospital. In response to concern among the inmates, a correctional officer (a lieutenant) came into the dormitory and announced that anyone who used the phone to contact people on the outside about this incident would get a disciplinary violation. He said that he would be listening to our phone calls, and that we needed to "stay in our lane," because we "are not doctors." The woman who was sick was eventually taken to the hospital on April 25.

17. On April 25, many of the women who had been in contact with the woman who was taken to the hospital were tested for COVID-19. At least ten of them have tested positive,

and all of them have been quarantined. That night, the women who were being placed in quarantine were allowed to come into the dormitory to get their personal belongings and take showers.

18. As of April 26, 2020, I still have a cough and a headache. I am terrified for my health and safety.

19. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

<u>/s/ Christina Korbe</u>

April 26, 2020