# EXHIBIT H

# Declaration of Rafael Almonte

1. I am 47 years old.

2. I was incarcerated at FCI Danbury from May 2017 until April 9, 2020, when the Court granted my motion to reduce my sentence. I served a little more than 15 years for a federal drug and gun convictions. My BOP Register Number was 16296-014.

3. There are 13 total housing units for men at FCI Danbury. The units are named A through M. There is also a SHU Unit.

4. At the time the COVID-19 crisis began, the A, B, and K Units were not in use. My understanding is that the K Unit has not been used recently because asbestos was found in the auditorium that is beneath that unit.

5. For most of my time at FCI Danbury, including immediately before my release, I was housed in the M Unit.

6. In July 2019, the M Unit was converted into a unit to house primarily veterans, elderly inmates, and inmates with serious medical conditions. I suffer from spinal stenosis that has resulted in cervical myelopathy.

7. At the time of my release, the M Unit housed approximately 75 prisoners. Housing is in cells, with two men to a cell. Each cells contain a bunk bed and a toilet/sink. The cells are approximately 8 feet by 4 feet, with no room for a desk. The cell blocks are on two tiers in the Unit.

8. The M Unit has a TV room that can hold around 30 men, all sitting close together. There is a computer room containing 3 stations right next to each other. There are also two small rooms containing one phone each.

9. My understanding is that Unit A and Unit B are cellblock units. Units C through L are dormitory-style units. In July

2 days, I spent two weeks in the J Unit. The Unit holds approximately 125 people. It is a huge room with a bunch of bunk beds. Each bed is about four feet apart from the next one. We all shared a bathroom with 5 toilet stalls and 5 sinks. Five shower stalls are adjacent to the bathroom. There is a small room in the unit with two phones in it, and a computer room with 3 stations, all right next to each other.

10. In 2017, I was housed for one week in the D Unit. The D unit has the exact same layout as the J Unit. My understanding is that all the units with dorms are configured in the same way.

11. There is one medical clinic for men at FCI Danbury. It is usually staffed by one doctor (Dr. Febregas-Schindler) and two Physician Assistants. Sometimes Dr. Greene would come from the women's facilities to the men's facility to see patients.

12. My understanding is that the first positive COVID-19 test at FCI Danbury was a man from my unit (the M Unit). They moved him to the A Unit, which was empty at the time. This happened on or around March 28.

13. For more than a week after the first positive test, we went to the pill line and mingled there with men from other units.

14. After the first positive test, we started eating some meals in the unit rather than in the chow hall. When we went to the chow hall, we went just with our unit.

15. About a week after the first positive test in my unit, they took everyone's temperature for a few days. Two more men had positive tests at that time. One of these men was one of the tutors and had been interacting with a lot of people on the compound. After a few days they stopped taking temperatures.

16. In Unit M, officers come into the unit every 15 to 30 minutes to walk around. If someone is in urgent medical distress in the unit, there is no way for them to tell an officer unless the officer is coming through the unit at that time.

17. They put the men who tested positive in the A Unit. Men from my unit who tested positive returned to my unit in less than 14 days.

18. Within about 10 days of the positive test we stopped going to the pill line with other units and started going one unit at a time to the pill line.

19. Staff did not begin wearing masks until early April. They handed out masks to prisoners around that time. They also installed soap dispenses in the unit then.

20. Numerous men in my unit had symptoms of COVID-19 but were never tested and diagnosed.

21. Around the time the pandemic started, Assistant Warden Comstock ordered that all the spray bottles that prisoners used for cleaning be confiscated. We didn't have the bottles for 4 to 5 days. After that, they made the bottles available to us in the counselor's office.

22. During the outbreak, my unit continued to be cleaned only once a day by prisoner workers.

23. Before my release on April 9, two men in my unit were selected for home confinement. They were healthy men who were close to going home anyway.

24. BOP started using the B Unit to quarantine men who they had selected for home confinement.

25. While I was incarcerated at FCI Danbury, I had great difficulty accessing medical care that I urgently needed to address the compression on my spinal cord. In granting my motion to reduce my sentence, the Judge Underhill of the U.S. District Court for the District of Connecticut concluded:
> The foregoing illustrates that Almonte suffers from a serious physical condition that has begun to substantially diminish his ability to care for himself and from which—given the BOP's failure to address Almonte's condition—Almonte will not improve or recover under current circumstances. *Cf. Romero*, 2020 WL 364275, at *3; U.S.S.G. § 1B1.13 cmt. n.1(A)(ii). The BOP

has been indifferent to Almonte's condition under normal circumstances, and there is no reason to think that that will change. See U.S. Dep't of Justice, Office of the Inspector General, *The Impact of an Aging Inmate Population on the Federal Bureau of Prisons* 18 (Feb. 2016), https://oig.justice/gov/reports/2015/e1505.pdf (noting waitlists for inmates to see outside specialists and reporting as 114 days the average wait time at one facility). In fact, the BOP's indifference will almost surely get worse: With the current threat of COVID-19, there is little hope that Almonte will promptly get the attention that he needs.

I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge.

*/s/ Rafael Almonte*
Rafael Almonte

April 25, 2020

3