# EXHIBIT J

**Declaration of Theresa Foreman**

1. I am currently in custody at Danbury FCI in the minimum-security women's satellite camp ("Camp"). My Bureau of Prisons ("BOP") Register Number is 26224-014.

2. I am 58 years old and African American. I am 5 feet 7 inches tall and I weigh approximately 240 pounds.

3. I have a medical history of hypertension, for which I am currently taking Hydrochlorothiazide and Aspirin.

4. I am serving a sentence of imprisonment of a year and a day for tax evasion—my first and only criminal conviction—and the BOP calculates my release date to be January 4, 2021, but I have been advised that I may be eligible for release to home confinement on November 30, 2020.

5. I self-surrendered to FCI Danbury on February 28, 2020.

6. On April 17, 2020, I submitted a request by U.S. Mail to Warden Easter for compassionate release, or, in the alternative, immediate transfer to home confinement. As of today, I have not received a response.

7. At the Camp, it is not possible for me to maintain physical distance from other women. I can try to keep to myself, but I am housed in a dorm style unit with about 47 other women. We sleep in a common space that is divided into open cubicles, each with a bunk bed that sleeps two women. The walls of the cubicles are about 4-5 feet high and do not reach the ceiling. The bunk beds are close enough that if I reached out my hand, I could touch the hand of the person in the bed next to me.

8. Camp prisoners are responsible for cleaning our own cubicles. Our shared living spaces in our dorm are not regularly disinfected.

9. Our unit has 5 toilets, 6 sinks and 6 showers that are currently shared by approximately 48 women. Our common toilets, sinks, and showers are not regularly cleaned or disinfected.

10. There are four dorms at Camp: A, B, C, and D. I am in Dorm B. Currently, I believe that the A, B and C dorms each house approximately 47-50 people. I believe that the D dorm houses 12 people.

11. Staff move throughout the day between all four of the dorms, including for count, food delivery, and commissary. Staff also rotate between the men's prison, the FSL, and Camp, interacting with prisoners at each location.

12. Among other duties, staff serve us our meals in our cubicles three times per day.

13. Several staff members that typically have shifts at the Camp have been out sick. Two staff members in particular have been out for several weeks, and their offices, which are usually cleaned by inmates, have been thoroughly disinfected, floors mopped, and furniture cleaned—I haven't seen this type of cleaning before, and it goes far beyond the sanitation and cleaning practices throughout the rest of the Camp facility.

14. Cleaning throughout the rest of the Camp has been sporadic lately, as some prisoners have quit their jobs and some are quarantined in different dorms from their assigned cleaning areas. We do not have adequate cleaning supplies. I am not aware of any part of the Camp being sanitized or disinfected other than the two staff offices.

15. The Camp contains one common area with telephones, computers, and "video-visiting" machines. These items are shared by women housed in all four dorms; for the entire Camp, there are a total of 4 phones, 7 computers, and 3 video machines currently operational. The common area also includes hot water taps and sinks for dishwashing. The phones, computers, and video machines are clustered close together in the shared common space. They are not cleaned or disinfected between uses. There is cleaning solution available in the phone area, but not in the computer room. When we have access to the common area to make phone calls or use the computers, we often have to wait in line because they are in high demand. While we wait, we are not able to social distance from each other.

16. Prisoners have been given 2 surgical masks and 3 material masks in the last two weeks. We have not been given gloves.

17. Since April 15, the Camp has been on lockdown. Under this lockdown, the women in each dorm are let out of the dorm for one hour a day at different times of day. This is our only time for recreation and access to the common area. During the time we are confined to our dorm, we are instructed to remain in our cubicles. Since the walls between the cubicles are only 4 to 5 feet tall, we are still able to speak to other prisoners in our dorm over the wall.

18. There are a limited number of prisoners doing jobs, and those prisoners continue to move around the facility and between the dorms. Three times a week, my entire unit (all 48 of us) will move through the facility to the laundry room and deliver our laundry to prisoners who will do the laundry. We wait in line to drop it off, and we are not able to social distance while we wait in line.

19. On April 16, the Assistant Warden visited the Camp and was asked if we would be informed if we were exposed to COVID-19. She said that we would not be told if we were exposed.

20. Every day, the lieutenant comes by and takes our temperature using a sensor thermometer, but since staff tries to get it as close to our heads as possible, it sometimes touches our head. The same thermometer is used for each inmate, and I do not see it being disinfected between uses. There is no screening for other symptoms such as coughing.

21. Although some women at the Camp have been told that they are on a "list" for home confinement, these women have not been released. I only know of two releases resulting from COVID-19 from Camp: a pregnant woman and a woman with Parkinson's disease.

22. I have not been told that I am on the list for home confinement.

23. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

\_\_\_/s/_____
Theresa Foreman
April 26, 2020