# EXHIBIT K

**Declaration of Antrum Coston**

I, Antrum Coston, am over the age of 18 and fully competent to make the following declaration:

1. I was incarcerated at FCI Danbury from April 2019 until April 17, 2020, when the Court granted my motion to reduce my sentence. I served a little more than two years for federal drug and gun convictions. My BOP Register Number was 15278-014.

2. I was housed in H Unit, a congested, second-floor dorm-style unit which houses about 75 prisoners.

3. All prisoners in H Unit sleep in bunk-beds in the same room. The bunk-beds are in rows, both side-by-side and front-to-back. Side-by-side, there is a distance of approximately 3' between beds. I could stretch out my arms and touch the bunk next to me. Front-to-back, there is a distance of approximately 6' between beds.

4. All 75 men in the unit share the same bathroom, which has one urinal, four or five toilets, five or six sinks, and a shower area with four showers. The unit also has two television rooms, a computer room with three computers, and a telephone room with two telephones. The television rooms can accommodate approximately 20 prisoners and it is not unusual for 15 or more prisoners to be in the same television room at the same time. The two phones in the telephone room are next to each other and if two prisoners are using the phones they have to stand right next to each other.

5. Most units in FCI Danbury are dorm-style. There are three cell units. One of the cell units is for the drug program, one is for mainly ex-military prisoners, and one (A Unit) was recently emptied and converted into a quarantine unit. Each cell has a bunk-bed for two prisoners, a sink and a toilet.

6. In February, many prisoners in my unit got very sick. Staff explained the outbreak as chicken pox, pneumonia, or shingles. The prison temporarily closed the gym in response to the outbreak. The gym was reopened in March. When the gym reopened, it was packed because prisoners had gone so long without working out.

7. In the beginning of March, prison staff took away prisoners' spray bottles, which until then had been allowed. We were told that we could get spray bottles from a CO, but the CO was never on the block. In early April, we got our spray bottles back.

8. In mid-March, the prison cancelled all visits and split the jail in half. Although before then the entire prison would have rec at the same time, after mid-March half the prison would have rec at one time, and the other half would have rec at a different time.

9. Before mid-March the entire prison would eat around the same time, on staggered shifts. There would be about four units in the chow hall at any given time. After mid-March, only one unit would go to the chow hall at a time.

10. In early April, the prison closed the gym and the law library and my unit was locked down. It was still locked down when I was released. My unit was allowed out of the dorm for one hour per day for rec. Some time after that, my unit started going to rec by itself, with no other units. People did not observe social distancing in the rec yard.

11. In early April, prison staff started allowing prisoners to wear mask. They did this because we were making our own masks. In the two weeks before I was released, the prison staff started providing prisoners with masks.

12. In mid-April, my unit stopped going to the chow hall entirely. All meals were brought to the unit. The prison switched from hot meals to bagged meals.

13. On approximately April 13, the prison started mandatory temperature-taking for prisoners. Before then, prison staff would come through the dorm and asked if anyone wanted to get their temperature checked. Having a high temperature would not necessarily result in any further action being taken. There were prisoners with 103-degree temperatures who were not taken out of the unit. Generally, if prisoners in the unit get sick, they just get sick. A couple extremely sick prisoners were taken out of the unit and transferred to A Unit. But you had to be falling down to get any help.

14. Medical has been no help. Before the crisis, prisoners could go to sick call in the morning, fill out a slip, and, depending on the severity of their condition, could expect to see a doctor a day or two later. For the last month, prisoners have been filling out slips but have not been hearing back from medical or getting appointments. I put in a slip approximately one month before I was released, and never heard back from medical.

15. The prison put up a few signs reminding people to wash their hands. They did not create any hand-washing stations or provide any prisoners with hand sanitizer or soap. There is no hand sanitizer available in the commissary. They used to have it, but they weren't selling it to us for the last two months.

16. When I was released on April 17, there was no social distancing at the prison. Prisoners frequently stood directly next to each other when waiting in crowded, congested lines, including to receive medications, to use the commissary, and to get meals. At this time, some guards wore masks and some guards did not.

I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge.

/s/ Antrum Coston (by consent)
Antrum Coston

April 26, 2020