# EXHIBIT L

**Declaration of Shannon Benson**

1. I am currently incarcerated at FCI Danbury. My Bureau of Prisons ("BOP") Register Number is 43247-061.

2. I am a 39 year old man. I suffer from Graves' disease and Hashimoto's disease.

3. I am in G Unit at FCI Danbury. The unit is full of bunk beds. Each bed is about 3 feet away from the next bed. All the men in the unit share a bathroom that has one urinal and 5 individual stalls. We all share 2 phones and 3 computers.

4. Last week, a man passed away from COVID-19 who had been housed in my unit.

5. People with symptoms including coughing, chest restriction, headaches, and loss of taste and smell are not being taken up to medical or tested for the virus. You have to have a high temperature to be seen by medical. There are people in my unit right now who have serious symptoms and haven't been seen by medical or removed from the unit.

6. I experienced loss of taste and smell, and had profuse cold sweats. I had headaches for 4 to 5 days. I was not tested for the virus. I was told that if you didn't have an elevated temperature then it may have been a common cold or flu I was experiencing.

7. Around March 13, 2020, I was scheduled to go to a specialist due to my T4 levels being elevated to the point of danger. Due to COVID-19, I was unable to be seen by the specialist. I did not receive any blood work here at the institution until April 24 to see if in fact my thyroid condition had leveled out. I am concerned my medication is not performing correctly because of my elevated levels.

8. They didn't start passing out masks or install a soap dispenser until about 2 weeks ago. We only recently got regular access to cleaning supplies. Our shower area is heavily coated with fungus and mildew, there are several significant leaks. FCI Danbury has had a history of asbestos.

9. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

_____/s/_____
Shannon Benson

April 26, 2020