# EXHIBIT M

**Declaration of Richard Johnson**

1. I am currently incarcerated at FCI Danbury. My Bureau of Prisons ("BOP") Register Number is 44910-054.

2. I am a 65 year old man.

3. I am serving a 48-month sentence. My release date is October 14, 2021.

4. My understanding is that I was the first person placed in isolation at FCI Danbury for the COVID-19 virus.

5. Before I got sick, I was housed in the M Unit. I began feeling symptoms but wasn't able to be seen by medical for about two days. On March 27, 2020, I pushed my way to medical and demanded to be seen.

6. When I was seen at medical, they had just received 22 COVID-19 tests and I was immediately given one.

7. I was then locked up in an observation cell. There were long periods of time that no one came to see me. I even missed meals.

8. I was later moved to a celled unit. For a period of 6 days, I was not given a shower or my medications. I was also not allowed to communicate with my family during that period of time.

9. After 12 days of isolation, I was released from quarantine back to the M Unit. When I returned to my unit, many men were ill.

10. I am still experiencing residual effects of the virus including swollen knees and joint pain. I am also now on medication for high blood pressure (which I wasn't on before) and I use a respirator pump.

11. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

_____/s/_____
Richard Johnson

April 26, 2020

1