# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE; and KENNETH CASSIDY, individually, and on behalf of all others similarly situated, Petitioners, v. D. EASTER, Warden of Federal Correctional Institution at Danbury, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities Respondents. | Civ. No. 3:20 cv 00569 (MPS) APRIL 30, 2020 |

## PETITIONERS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Petitioners Dianthe Martinez-Brooks, Rejeanne Collier, Jackie Madore and Kenneth Cassidy, through counsel, respectfully move the Court, pursuant to Fed.R.Civ.P. 65 to enter an Temporary Restraining Order and Preliminary Injunction preliminarily certifying petitioners' proposed Class and Subclass and ordering Respondents to:

(1) enlarge to home confinement all women currently housed in the satellite camp at FCI Danbury;

(2) enlarge to home confinement all members of the medically vulnerable Subclass; and

(3) implement appropriate measures to maximize social distancing and improve hygiene for the prisoners who remain at FCI Danbury for the duration of the COVID-19 pandemic and/or to transfer such Class members to other BOP facilities that can provide such medically safe environment.

Petitioners submit the annexed Memorandum of Law in Support of this Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

Dated April 30, 2020            Respectfully Submitted,

               /s/ David S. Golub
David S. Golub, ct00145
Jonathan M. Levine, ct 07584
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Phone: (203) 325-4491
Email: dgolub@sgtlaw.com
       jlevine@sgtlaw.com

Sarah French Russell, ct26604
Tessa Bialek ct30582
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Phone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
       **tessa.bialek@quinnpiac.edu**

Marisol Orihuela, ct30543
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Email:**marisol.orihuela@ylsclinics.org**

Alexandra Harrington*
127 Wall Street
New Haven, CT 06511
Phone: 203-436-3532
alexandra.harrington@yale.edu

*Counsel for the Petitioners Dianthe Martinez-Brooks, Rejeanne Collier, Jackie Madore, and Kenneth Cassidy*

*Application for Admission Pending

## CERTIFICATION OF SERVICE

I hereby certify that on April 30, 2020, a copy of the foregoing Emergency Motion for Temporary Restraining Order and Preliminary Injunction was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. A copy of this Motion has also been served electronically this day on John B. Hughes and Michelle McConaghy of the Office of the United States Attorney for the District of Connecticut.

                                                /s/ David S. Golub
                                                DAVID S. GOLUB