# **EXHIBIT P**

**Declaration of Kimberly Hoisington**

1. I am currently in custody at Danbury FCI in the low security satellite prison ("FSL"). My Bureau of Prisons ("BOP") Register Number is 11764-082.

2. This declaration supplements the declaration that I provided on April 25, 2020.

3. On April 24th, the day the woman who had been vomiting and dry heaving was taken to the hospital, one of the other women at FSL got a disciplinary report because she called her lawyer about the incident. The officer told the rest of us that he would be listening to calls and anyone calling their lawyer would also get a disciplinary report.

4. On the afternoon of April 25th everyone at FSL was sent outside except for maybe 40 people who were going to be quarantined and tested for COVID-19. When we came back into the unit those 40 women were in Rec waiting on the testing results.

5. At 9:30 pm that same evening everyone except for the 40 people was sent outside again for about an hour so that the people who were being quarantined could gather their belongings.

6. After I came back into the unit my name was called and a nurse was waiting for me. I was told I needed to be tested, and at about 11pm I was tested and came back negative for COVID-19. The warden sent me back into the unit.

7. Among the 40 people being quarantined, 11 people tested positive for COVID-19. They were placed in the visiting room for isolation. The other 30 or so people, who tested negative, were placed on cots in the dining hall for quarantine.

8. The dining hall is where we would eat for mealtimes before our meals started to be brought into the dormitory. It is connected to the kitchen. Now we stand in line and have the meals handed out to us in the dorm.

9. The dining hall has two doors, but one is kept locked. The dining hall has one bathroom with one toilet and one sink. There is no shower. A trailer that has showers and toilets was brought down from Camp for the people in the dining hall.

10. The visiting room has three bathrooms. Two have two toilets and two sinks. The third has one toilet, one urinal, and two sinks. When I was there earlier this month there was only one shower, which was in the third bathroom. It was a temporary stand-up stall built out of two by fours.

11. In addition to the women in the dormitory, dining hall, and visiting room, there is one woman in the library. The library does not have heat and is often so cold you can see your breath.

12. There are also two to three women in each education room.

13. On April 28th, around lunchtime we were all sent outside and told to wait in line by the back door of Rec. We were brought through the door two at a time, and medical staff took our temperature and asked whether we were having symptoms like coughing, sore throat, fever, body pains, etc. I said no. I am very weak still but not having any of those other symptoms. We were all sent back into the unit.

14. I worry that people in the unit could still be positive and getting other people sick because several of the women tested positive for COVID-19 and were isolated had absolutely no symptoms.

15. I have reviewed the information contained in this declaration. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

/s/ Kimberly Hoisington

April 29, 2020