**EXHIBIT S**

## Declaration of Christina Korbe

1. I am currently in custody at Danbury FCI in the low security satellite prison ("FSL"). My Bureau of Prisons ("BOP") Register Number is 30233-068.

2. This information supplements my earlier declaration dated April 26, 2020.

3. On April 26th, 2020 one of the women who had been quarantined the day before went to the hospital by ambulance.

4. On the morning of April 27th some of the women who were in quarantine and tested negative ran into the unit and gathered more personal belongings. Some of them used the phones and computers for email. Some of them used the shower. They then went back into quarantine. They were able to do this because they were not being monitored.

5. The women who were quarantined and tested positive are being held in the visiting room.

6. The women who were quarantined and tested negative—about 30 people—are in the dining hall. This is a room about 60x30' in size. There are bathrooms in the dining hall, and the facility brought in a porta-shower truck for them to use to shower. Yesterday they put in a phone for them to use and got them cleaning supplies.

7. Staff members are moving between all of the different areas of the facility where women are quarantined and the dormitory.

8. Since April 18th prisoners have been working in the kitchen. This is when we started getting our meals in the unit instead of the dining hall. Prisoners who are working in the kitchen had been working side-by-side with a prisoner who tested positive for COVID-19 on April 25th. None of them have been tested or removed from where they are since that woman tested positive.

9. On April 27th, a new prisoner was brought into the FSL. She was placed in quarantine in the other building where the kitchen, visiting, and education rooms are.

10. On April 27th, the woman who had been sent to the hospital on April 24th was brought back to the facility and placed in the visitation room with the other people who have tested positive for COVID-19.

11. On April 28th the staff took everyone's temperature and asked us if we had shortness of breath, cough, body aches, fever, sore throat, diarrhea, or chills. We were then given a personal pizza for lunch and sent to eat in the dorm. No one was taken into quarantine.

12. On April 29th the women who were in quarantine in the classrooms and the library (some of whom had been in quarantine before being released to home confinement) have been moved to the special housing unit at FCI (the men's facility).

13. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

/s/ Christina Korbe

April 30, 2020