# EXHIBIT T

## Second Declaration of Dianthe Martinez-Brooks

1. I am currently in custody at Danbury FCI in the minimum security women's camp (the "Camp." My Bureau of Prisons ("BOP") Register Number is 71331-050.

2. Staff did not take the temperatures of the women in the camp on April 27, 28, or 29.

3. One of the women in the camp is pregnant. She was placed in quarantine on April 6, 2020 in D Dorm and told she would be leaving on April 28, 2020. However, she was then told that she would not be leaving until May 11, 2020.

4. I am aware of multiple women at the camp who were told they would be leaving for home confinement and even given dates for their departure but then later told they are ineligible for home confinement based on the new criteria being used.

5. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

/s/
Dianthe Martinez-Brooks

April 30, 2020

1