# EXHIBIT V

# DANBURY INMATE BULLETIN

Subject: Updated Criteria for Home Confinement based on COVID-19 Guidelines

From: //s// D. Easter, Warden

Date: April 21, 2020

Updated criteria for Home Confinement based on COVID-19 guidelines:

The following criteria **must** be met when making COVID-19 referrals for Home Confinement:

1) Primary Offense is not violent;
2) Primary Offense is not sex offense;
3) Primary Offense is not terrorism;
4) No detainer;
5) Mental Health Care Level is less than IV
6) PATTERN risk score is MIN
7) No Incident Reports in the past 12 months.
8) **Inmate must have served at least 50% of their sentence**

For those inmates previously referred who did not meet the criteria and have a current DST in SENTRY; The DSCC is replacing RRC/HC dates to W-CCC-ACT.

If an inmate was previously referred, and has had their DST date changed or reverted back to W CCC ACT: It will be reviewed again at the 50% date.