UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANTHE MARTINEZ-BROOKS, | : | |
| REJEANNE COLLIER, | : | |
| JACKIE MADORE, and | : | |
| KENNETH CASSIDY, Individually, | : | |
| and on Behalf of All Others Similarly Situated, | : | |
| Petitioners, | : | |
| | : | |
| v. | : | No. 3:20-cv-569 (MPS) |
| | : | |
| D. EASTER, Warden of Federal Correctional | : | |
| Institution at Danbury, and MICHAEL | : | |
| CARVAJAL, Director of the Federal Bureau | : | |
| of Prisons, in Their Official Capacities, | : | |
| Respondents. | : | May 4, 2020 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michelle L. McConaghy, Assistant United States Attorney, on behalf of the Respondents, D. Easter, Warden of Federal Correction Institute at Danbury, and Michael Carvajal, Director of the Federal Bureau of Prisons.

John H. Durham,
United States Attorney

/s/
Michelle L. McConaghy (ct27157)
Assistant U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Fax: (203) 821-5373
Email: michelle.mcconaghy@usdoj.gov

2

## **CERTIFICATION**

      I hereby certify that on May 4, 2020, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/
                                 Michelle L. McConaghy (ct27157)
                                 Assistant U.S. Attorney