## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANTHE MARTINEZ-BROOKS, | : | |
| REJEANNE COLLIER, | : | |
| JACKIE MADORE; and | : | |
| KENNETH CASSIDY, Individually, | : | |
| and on Behalf of All Others Similarly Situated, | : | |
| Petitioners, | : | |
| | : | |
| v. | : | C.A. No.:  3:20cv569 (MPS) |
| | : | |
| | : | |
| D. EASTER, Warden of Federal Correctional | : | |
| Institution at Danbury, and MICHAEL | : | |
| CARVAJAL, Director of the Federal Bureau | : | |
| of Prisons, in Their Official Capacities, | : | |
| Respondents. | : | May 5, 2020 |

**RESPONDENTS' MOTION TO DISMISS PETITIONERS'
PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Respondents D. Easter, Warden of Federal Correction Institute at Danbury, and Michael Carvajal, Director of the Federal Bureau of Prisons, in their official capacities, ("Respondents") hereby move to dismiss Petitioners' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Docket No. 1) and Motion for a Temporary Restraining Order and/or Preliminary Injunction (Docket Nos. 13 and 14) pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6); or, in the alternative, for summary judgment pursuant to Federal Rules of Civil Procedure Rule 56.

In support of this motion, Respondents submit the attached Memorandum of Law and Exhibits.

Respectfully Submitted

Respondents
By Their Attorneys

John H. Durham
United States Attorney

　　　　／s／_____
John B. Hughes, ct05289
Michelle L. McConaghy, ct27157
David C. Nelson, ct25640
Nathaniel M. Putnam, phv10463
Jillian R. Orticelli, ct28591
Assistant U.S. Attorneys
203-821-3700
john.hughes@usdoj.gov
Michelle.mcconaghy@usdoj.gov
David.C.Nelson@usdoj.gov
nathaniel.putnam@usdoj.gov
jillian.orticelli@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　／s／_____
Michelle L. McConaghy, ct27157
Assistant United States Attorney