UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE and KENNETH CASSIDY, Individually, and on behalf of all others similarly situated, | : : : : : : | |
| Petitioners, | : : | |
| v. | : : | No. 3:20-cv-569 (MPS) |
| D. EASTER, Warden of Federal Correctional Institution at Danbury, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official Capacities | : : : : : : | May 11, 2020 |
| Respondents. | : : | |

**PETITIONERS' SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

Petitioners submit this second supplemental memorandum following the May 6, 2020 hearing to update the Court about conditions at the men's facility at FCI Danbury and to request further emergency relief.

**I.   Conditions in D Unit at FCI Danbury**

The D Unit at FCI Danbury currently houses approximately 60 men. The men sleep in rows of bunk beds, with the beds approximately four feet apart from each other. *See* Declaration of Kenneth Cassidy ("Cassidy Dec.") ¶ 31;[1] Second Declaration of Kenneth Cassidy, submitted herewith as Exhibit A ("Cassidy Dec. 2") ¶¶ 2-4.

---

[1] Kenneth Cassidy's first declaration is attached to the Petition (ECF 1) as Exhibit D.

1

On May 7, 2020, two men who had been sick for some time were removed from D Unit. A filing submitted on May 8, 2020 by the U.S. Attorney's Office for the Western District of New York in Kenneth Cassidy's pending compassionate release case stated:

> [T]he government contacted the defendant's case manager at Danbury FCI. On May 8, 2020, the defendant's case manager stated that on May 7, 2020, two inmates were removed from the defendant's housing unit and placed into quarantine. One inmate, who tested negative for COVID-19, was the inmate who was two bunks away from the defendant, and had reported feeling sick for the past two months. The other inmate, who tested positive for COVID-19, was across the walkway from the defendant and numerous feet away. Again, both individuals were placed into quarantine on May 7, 2020.

*See* Exhibit B, submitted herewith.

As set forth in the attached declarations, following the removal of the two men from D Unit on May 7, 2020, staff have not—as of May 10—removed the bedding from the beds where the two men had been sleeping and have not otherwise cleaned their living areas. Cassidy Dec. 2 ¶ 6; Declaration of Edward Clinton Jones, submitted herewith as Exhibit C ("Jones Dec.") ¶ 5; Declaration of Ivan Joseph Soto, submitted herewith as Exhibit D ("Soto Dec") ¶ 6; Declaration of Mark Youngs, submitted herewith as Exhibit E ("Youngs Dec.") ¶ 6. Staff have also not provided the prisoners with cleaning supplies and protective equipment to clean these areas themselves. Youngs Dec. ¶ 6; Cassidy Dec. 2 ¶ 6.

There are men in D Unit currently exhibiting symptoms of COVID-19 including coughs, headaches, shortness of breath, chills, body aches, and chest pains. Declaration of Roger Perkins, submitted hereto as Exhibit F ("Perkins Dec.") ¶ 5; Jones Dec. ¶ 6; Cassidy Dec. ¶ 13; Youngs Dec. ¶ 7. Men are being told that if they do not have a fever they should stop complaining and go lie down. Youngs Dec. ¶ 7; Jones Dec. ¶ 7. The men who have submitted declarations are not aware of anyone in the unit who has been tested for the virus since May 7. Jones Dec. ¶ 8;

Cassidy Dec. ¶ 11; Soto Dec. ¶ 7; Perkins Dec. ¶ 6. Medical staff were not in the unit on May 9 or May 10 to evaluate the symptoms of the men. Cassidy Dec. ¶ 14.

The man who tested positive for COVID-19 on May 7 had been sick for around two weeks and had sought medical help. Cassidy Dec. ¶ 5. He was repeatedly told that he did not have a fever and should go lie down. *Id.* He asked his counselor for help again on May 7 and was initially told to go lie down. *Id.* ¶ 4; Soto Dec. ¶ 5. He was brought to medical only after he banged on the door and began screaming. Cassidy Dec. ¶ 4; Soto Dec. ¶ 5.

The second man had been sick for multiple weeks and had blood in his stool. Cassidy Dec. ¶ 8; Perkins Dec. ¶ 4. He repeatedly asked for medical care. Cassidy Dec. ¶ 8. He tested negative for COVID-19 on May 4, 2020 and was returned to the unit. Soto Dec. ¶ 4. There is a question as to whether the test was conducted properly. *Id.* The man was removed from the unit on May 7. Cassidy Dec. ¶ 8; Jones Dec. ¶ 4. It is unclear whether he later tested positive. Prisoners saw him being escorted to Unit A, where positive men are housed. Cassidy Dec. ¶ 9; Perkins Dec. ¶ 4.

**II.     Request for Additional Emergency Relief**

In light of the current conditions in D Unit at FCI Danbury, Petitioners request the following additional temporary relief, in addition to the relief previously requested by Petitioners. In particular, Petitioners request that the Court issue an order requiring that all prisoners in the D Unit be tested for COVID-19 and be appropriately isolated and quarantined to protect their health. Given the high false negative rate of the machine that FCI Danbury is using

for testing, negative tests should be followed up with PCR testing.[2] In addition, Petitioners request that the Court require a thorough cleaning of D Unit.

Dated May 11, 2020                      Respectfully Submitted,

/s/ David S. Golub_____
David S. Golub, ct00145
Jonathan M. Levine, ct 07584
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Email: dgolub@sgtlaw.com
jlevine@sgtlaw.com

Sarah French Russell, ct26604
Tessa Bialek ct30582
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
tessa.bialek@quinnipiac.edu

Marisol Orihuela, ct30543
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Email: marisol.orihuela@ylsclinics.org

Alexandra Harrington*
127 Wall Street
New Haven, CT 06511
Telephone: 203-436-3532
alexandra.harrington@yale.edu

---

[2] Warden Easter's Declaration noted that testing was being conducted at FCI Danbury with the Abbott "ID NOW" machine, which can deliver results in approximately 15 minutes. *See* ECF 24, Ex. A, Easter Dec. ¶ 87. A recent study showed a false negative rate of approximately 15% with this machine. https://www.npr.org/sections/health-shots/2020/04/21/838794281/study-raises-questions-about-false-negatives-from-quick-covid-19-test

*Counsel for the Petitioners Dianthe Martinez-Brooks, Rejeanne Collier, Jackie Madore, and Kenneth Cassidy*

\*Application for Admission Pending