IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-                                                      17-CR-116

KENNETH CASSIDY,

                Defendant.

## GOVERNMENT'S RESPONSE TO THE DEFENDANT'S SUPPLEMENTAL AFFIRMATION

**THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and the undersigned Assistant United States Attorney, respectfully files this response to the defendant's supplemental affirmation. *See* Dkt. #66. Specifically, after receipt of the defendant's supplemental affirmation, the government contacted the defendant's case manager at Danbury FCI. On May 8, 2020, the defendant's case manager stated that on May 7, 2020, two inmates were removed from the defendant's housing unit and placed into quarantine. One inmate, who tested *negative* for COVID-19, was the inmate who was two bunks away from the defendant, and had reported feeling sick for the past two months. The other inmate, who tested positive for COVID-19, was across the walkway from the defendant and numerous feet away. Again, both individuals were placed into quarantine on May 7, 2020.

DATED: Buffalo, New York, May 8, 2020.

                        JAMES P. KENNEDY, JR.
                        United States Attorney

                        ***S/ AARON J. MANGO***
BY:                       _____
                        AARON J. MANGO
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        Western District of New York
                        138 Delaware Avenue
                        Buffalo, New York 14202
                        (716) 843-5882
                        aaron.mango@usdoj.gov