**Declaration of Ivan Joseph Soto**

1. I am currently incarcerated at FCI Danbury.  My Bureau of Prisons ("BOP") Register Number is 25237-031.

2. I am 32 years old.  I am currently housed in the D unit at FCI Danbury.

3. Two men were taken out of our unit on May 7, 2020.

4. One of the men removed from the unit had been sick for many weeks. He had been asking for help at sick call but told to stop complaining because he didn't have a fever. He was tested on May 4 and told he was negative for the virus. He told me that when he was tested, a medical staff member who was watching told the person doing the test that the swab had not been pushed up in the nose far enough. He was not retested at that time.

5. The other man removed from the unit had been sick for around two weeks. He went to the case manager on May 7 to ask for help. He was told to go lay down. He then started screaming and they took him to medical.  We've been told he tested positive.

6. As of today, the bedding has not been removed from the beds of both of these men.  Their areas have not been cleaned.

7. I am not aware of anyone in the unit who has been tested for the virus since May 7.

8. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

_____/s/_____
Ivan Joseph Soto

May 10, 2020