**Declaration of Mark A. Youngs**

1. I am currently incarcerated at FCI Danbury. My Bureau of Prisons ("BOP") Register Number is 16256-055.

2. I am 58 years old. I am currently housed in the D unit at FCI Danbury.

3. I suffer from a heart condition, high blood pressure, and asthma.

4. There are around 60 to 70 men in my unit. The men sleep in rows of bunk beds.

5. Staff removed two men who were sick from the unit on May 7. Staff have told us one was negative and one was positive for the coronavirus.

6. The bed areas of the two men have not been cleaned since they were taken out of the unit on May 7. Inmates do not want to clean those sleeping areas because they haven't been given gloves, cleaning chemicals, or new masks to do the job.

7. Men in the unit are showing symptoms including headaches and sneezes. They are being told by staff that if they don't have a fever then stop complaining and go lay down.

8. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

_____/s/_____
Mark A. Youngs

May 10, 2020