**Declaration of Roger Perkins**

1. I am currently incarcerated at FCI Danbury. My Bureau of Prisons ("BOP") Register Number is 13700-049.

2. I am 37 years old. I am currently housed in the D unit at FCI Danbury.

3. There are approximately 59 inmates in the unit right now.

4. On May 7, 2020, we had two inmates removed from the unit. We were told one tested positive for coronavirus. The other we were told tested negative. However, we saw him being escorted to the unit where the positive inmates are isolated. This man had been complaining about passing blood in his bowel movements.

5. Some men in the unit are now having symptoms including shortness of breath, dizziness, and chest pains.

6. I am not aware of anyone in the unit who has been tested for the virus since May 7.

7. I declare under the penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge. I will sign a hard copy of this declaration at my earliest opportunity.

\_\_\_\_\_/s/_____
Roger Perkins

May 10, 2020