## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANTHE MARTINEZ-BROOKS, | : | |
| REJEANNE COLLIER, | : | |
| JACKIE MADORE; and | : | |
| KENNETH CASSIDY, Individually, | : | |
| and on Behalf of All Others Similarly Situated, | : | |
| Petitioners, | : | |
| | : | |
| v. | : | C.A. No.:  3:20-cv-569 (MPS) |
| | : | |
| | : | |
| D. EASTER, Warden of Federal Correctional | : | |
| Institution at Danbury, and MICHAEL | : | |
| CARVAJAL, Director of the Federal Bureau | : | |
| of Prisons, in Their Official Capacities, | : | |
| Respondents. | : | May 15, 2020 |

## NOTICE OF FILING OF
## THE COURT ORDERED LIST OF MEDICALLY VULNERABLE INMATES

Please take notice that Respondents have filed the list of medically vulnerable inmates, as ordered by the Court on May 12, 2020, under seal with the Court. Additionally, attached to this notice as exhibits are the declarations associated with the list. Respondents submit two declarations. As represented to the Court during the May 14, 2020 telephonic status conference, the information on the list comes from two separate systems.

Respectfully Submitted,

Respondents
By Their Attorneys

John H. Durham
United States Attorney


_____/s/_____
John B. Hughes, ct05289
Michelle L. McConaghy, ct27157
David C. Nelson, ct25640
Nathaniel M. Putnam, phv10463
Jillian R. Orticelli, ct28591
Assistant U.S. Attorneys
203-821-3700
John.Hughes@usdoj.gov
Michelle.McConaghy@usdoj.gov
David.C.Nelson@usdoj.gov
Nathaniel.Putnam@usdoj.gov
Jillian.Orticelli@usdoj.gov

## **CERTIFICATION**

   I hereby certify that on May 15, 2020, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/
                Michelle L. McConaghy (ct27157)
                David C. Nelson (ct25640)
                Assistant U.S. Attorneys