UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE, and KENNETH CASSIDY, individually and on behalf of all others similarly situated,<br>   Petitioners,<br><br>                    v.<br><br>D. EASTER, Warden of Federal Correctional Institution at Danbury, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities,<br>   Respondents. | No. 3:20-cv-00569 (MPS)<br><br>**DECLARATION OF<br>LCDR CHARLES DUSSEAU, U.S.P.H.S.** |

I, LCDR CHARLES DUSSEAU, hereby make the following declaration:

1. I am Registered Nurse and Commissioned Officer in the United States Public Health Service. I was commissioned in August 2008 and hold the rank of Lieutenant Commander. I currently serve as the Infection Prevention and Control Consultant for the South Central Region of the Bureau of Prisons ("BOP"), and my duty station is located at the Federal Correctional Institution in Texarkana, Texas ("FCI Texarkana").

2. In response to litigation arising from the Federal Correctional Institution in Danbury, CT ("FCI Danbury"), I have been asked to create a list of inmates from those institutions who are aged 65 or over and/or have any of the conditions specifically identified by the United States Centers for Disease Control ("CDC") as putting them at higher risk for severe illness from COVID-19.

3. All inmates currently in BOP custody have their medical records maintained in the BOP's Bureau Electronic Medical Records System ("BEMR"). This computerized system provides for the collection, storage, maintenance, analysis, and dissemination of comprehensive electronic medical records for all offenders remanded for federal custody. The system includes an inmate's medical, social, and psychological history and ongoing data and related informational records. The Bureau Pharmacy System (BEMRx), integrated with BEMR, collects and stores pharmaceutical records, including prescription and dosage information. The Psychology Data System (PDS), formerly a separate system, is integrated into BEMR as well. PDS is used to manage all documentation relevant to inmate mental health, including psychological evaluations and assessments, drug and alcohol abuse treatment, therapy, counseling, and crisis intervention. It also has a Treatment Group component, which is used to manage the clinical treatment groups within an institution (e.g., Drug Education, Sex Offender Treatment, etc.).

4. Just as in the community, BOP physicians and other healthcare providers utilize the ICD-10-CM (International Classification of Diseases, Tenth Revision, Clinical Modification) system, and its predecessor the ICD-9-CM, to classify and code all diagnoses, symptoms and procedures recorded in conjunction with health care provided to federal inmates. All known diseases and other health problems are assigned a specific ICD-9/10 code.

5. Because BEMR utilizes ICD codes whenever health care is provided to federal inmates, it is possible to assemble lists and compile morbidity statistics on specific inmate populations through BEMR.

6. In accordance with the foregoing, I received a list of ICD codes from the Petitioners' counsel via the U.S. Attorney's Office representing conditions specifically identified by the United States Centers for Disease Control ("CDC") as putting a person at higher risk for severe illness from COVID-19. While this list originally contained the code for "essential hypertension", this code was eventually not used as that condition has not been specifically identified as putting a person at greater risk of severe illness from COVID-19. Using SQL (Structured Query Language), I matched the list of ICD codes against any Health Problem ICD codes in our nightly database extract of the electronic medical record for all inmates from FCI Danbury. To ensure there were no errors introduced by the use of periods or lack thereof in ICD codes I matched both for the exact ICD Code provided by counsel and that same code, less the period, if present.

7. Additional variables were created to allow BEMR to identify all FCI Danbury inmates who were 65 years of age or older, and those who had a Body Mass Index ("BMI") of 40 or greater.

8. From those parameters set forth at ¶ 6-7, a list of "medically vulnerable inmates at Danbury FCI" was created on May 14, 2020, against the database snapshot from the evening of May 13, 2020. This list would include 313 inmates. Several common diagnoses such as diabetes and COPD were spot checked against the medical record to ensure no discrepancies were identified. As a final quality control this list was also sent to Health Services staff at FCI Danbury for review and to check for any readily apparent errors. No issues or discrepancies were identified by Health Services staff at FCI Danbury.

9. I am aware that this list, despite our best efforts, may not include every person because of coding errors at the time the information was inputted into the system. For example, if medical personnel made a coding error at the time of input, this list may not capture that individual. BOP plans to continuously review the information to provide quality assurance and may update the list as needed to provide the most accurate information.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this   15   day of May, 2020.

*Charles Dusseau*
Charles Dusseau, R.N.
LCDR, U.S. Public Health Service
FCI Texarkana, TX