## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE, and KENNETH CASSIDY, individually and on behalf of all others similarly situated,<br>  Petitioners,<br><br>            v.<br><br>D. EASTER, Warden of Federal Correctional Institution at Danbury, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities,<br>  Respondents. | No. 3:20-cv-00569 (MPS)<br><br>**DECLARATION OF JENNIFER BATCHELDER** |

I, JENNIFER BATCHELDER, hereby make the following declaration:

1. I am currently a Senior Research Analyst in the Office of Research & Evaluation (ORE) for the Federal Bureau of Prisons ("BOP"), Washington, D.C. I have been a Research Analyst in ORE since 1989, and a Senior Research Analyst since 2016. My responsibilities include providing information from BOP record systems to respond to requests and provide statistical information to BOP management and other stakeholders.

2. In response to litigation arising from the Federal Correctional Institution in Danbury, CT ("FCI Danbury"), I understand BOP has been ordered to create a list of inmates from those institutions who are aged 65 or over and/or have any of the conditions specifically identified by the United States Centers for Disease Control ("CDC") as putting them at higher risk for severe illness from COVID-19. I also understand this list needs to include each inmate's sentencing court and the case number of the inmate's underlying criminal conviction.

3. SENTRY is the BOP's on-line information system used to provide most of its inmate operational and management information requirements. The system currently encompasses inmate data, property management information, a legal reference system, and a generalized report system. SENTRY contains information to show each inmate's sentencing court and the exact case number of the underlying criminal conviction.

4. At the beginning of this task I was provided with an Excel spreadsheet of inmates identified as medically vulnerable, prepared by Health Services staff, LCDR Charles Dusseau, at another BOP facility. I used a common software program known as Statistical Analysis Software ("SAS") to acquire and merge information for the inmates on the "medically vulnerable" list from SENTRY, to include the court of jurisdiction and docket number for each inmate on that list.

5. Resulting data was sorted by DAN facility type: Federal Satellite Low – Female (DAN FSL F), Main Facility – Male (DAN M), and Satellite Camp – Female (DAN SCP F). Merged data of medically vulnerable inmates with SENTRY assignments was put into an Excel file - as the response. This file was provided to the U.S. Attorney's Office.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this _____ day of May, 2020.

_____
Jennifer Batchelder
Senior Research Analyst
Federal Bureau of Prisons, Washington D.C.