UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE, and KENNETH CASSIDY, individually and on behalf of all others similarly situated,<br>    Petitioners,<br><br>              v.<br><br>D. EASTER, Warden of Federal Correctional Institution at Danbury, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities,<br>    Respondents. | No. 3:20-cv-00569 (MPS)<br><br>**DECLARATION OF ASHLEY COCHO** |

I, ASHLEY COCHO, hereby make the following declaration:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice, as Case Management Coordinator at the Federal Correctional Institution in Danbury, Connecticut ("FCI Danbury"). I have held this position since January 2020. I have been employed by BOP since October 2008.

2. The CMC's Office is dedicated to providing oversight of case management activities within the institution. This office works directly with the unit teams, providing training and disseminating information to insure that the institution is in compliance with Correctional Programs' policies and procedures. The CMC provides coordination and oversight of many programs within the institution, including, but not limited to, Central Inmate Monitoring, Financial Responsibility, Admission and Orientation, Inmate Performance Pay, Victim/Witness Program and Adam Walsh Act compliance. The CMC also oversees the Correctional Systems Department.

3. In response to litigation arising from the Federal Correctional Institution in Danbury, CT ("FCI Danbury"), I understand BOP has been directed to "[p]ublish to inmates the factors to be considered in the revised home confinement review process developed by the Warden in accordance with" the Court's order dated May 12, 2020.

4. The attached document was published on TRULINCS, the BOP's electronic messaging (email) and electronic bulletin board system for use by federal inmates at FCI Danbury, on May 15, 2020. See **Exhibit A**.

5. The attached document was also published physically throughout the institution on bulletin boards and in common areas.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this _____ day of May, 2020.

_____
Ashley Cocho
Case Management Coordinator
FCI Danbury, CT