UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE and KENNETH CASSIDY, Individually, and on behalf of all others similarly situated, | : : : : : : | |
| Petitioners, | : : | |
| v. | : : | Civ. No. 3:20-cv-00569-MPS |
| D. EASTER, Warden of Federal Correctional Institute at Danbury, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official Capacities | : : : : : : | |
| Respondents. | : | May 19, 2020 |

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioners, through counsel, dismiss their claims against respondent Michael Carvajal pursuant to Fed. R. Civ. Pro. 41(a)(1)(a).

Dated May 19, 2020

Respectfully Submitted,

Petitioners
By Their Attorneys

/s/_____
David S. Golub, ct00145
Jonathan M. Levine, ct 07584
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Email: dgolub@sgtlaw.com
          jlevine@sgtlaw.com

1

Sarah French Russell, ct26604
Tessa Bialek ct30582
Legal Clinic
Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
tessa.bialek@quinnipiac.edu

Marisol Orihuela, ct30543
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Email: marisol.orihuela@ylsclinics.org

Alexandra Harrington*
127 Wall Street
New Haven, CT 06511
Telephone: 203-436-3532
alexandra.harrington@yale.edu

*Application for Admission Pending