## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE, and KENNETH CASSIDY, individually and on behalf of all others similarly situated,<br>    Petitioners,<br><br>                    v.<br><br>D. EASTER, Warden of Federal Correctional Institution at Danbury, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities,<br>    Respondents. | No. 3:20-cv-00569 (MPS)<br><br><br>**DECLARATION OF ASHLEY COCHO** |

I, ASHLEY COCHO, hereby make the following declaration:

1.    I am currently employed by the Federal Bureau of Prisons ("BOP") of the United States Department of Justice, as Case Management Coordinator at the Federal Correctional Institution in Danbury, Connecticut ("FCI Danbury"). I have held this position since January 2020.  I have been employed by BOP since October 2008.

2.    The CMC's Office is dedicated to providing oversight of case management activities within the institution. This office works directly with the unit teams, providing training and disseminating information to insure that the institution is in compliance with Correctional Programs' policies and procedures. The CMC provides coordination and oversight of many programs within the institution, including, but not limited to, Central Inmate Monitoring, Financial Responsibility, Admission and Orientation, Inmate Performance Pay, Victim/Witness Program and Adam Walsh Act compliance. The CMC also oversees the Correctional Systems Department.

3.    In response to litigation arising from FCI Danbury, I understand BOP has been ordered to create a list indicating whether certain "medically vulnerable" inmates "…ha[ve] been reviewed for home confinement since March 26, 2020, and if so, whether the inmate has been designated for home confinement." **ECF No. 30** at 70.

4.    Since March 26, 2020, the Attorney General of the United States directed BOP to begin immediately reviewing all inmates who have COVID-19 risk factors, as described by the Centers for Disease Control ("CDC"), to determine which inmates are suitable for home confinement.  The eligibility requirements for an inmate to be considered for Home Confinement were set forth by two memoranda. The first memorandum was dated March 26, 2020.  The Attorney General sent a second memorandum to the Director of the BOP to provide additional guidance on April 3, 2020.

5.     Since the Attorney General's first memorandum dated March 26, 2020, all federal inmates have been reviewed for Home Confinement at least once, and most have been reviewed several times. This would include those inmates identified in the "medically vulnerable" list of inmates produced on May 15, 2020.

6.     These reviews were performed when staff in the BOP's Central and Regional Offices assembled lists of inmates seeming to meet the eligibility requirements set forth by the Attorney General's March 26 and April 3, 2020 memoranda. These lists were created when Central and Regional Office staff used SENTRY (the BOP's on-line information system used to provide most of its inmate operational and management information requirements) and similar software to identify inmates who meet threshold requirements (percentage service of sentence, no disqualifying offenses, etc.) to be considered for Home Confinement. These searches resulted in lists of potentially appropriate inmates which were then sent to the institutions where staff had access to documents and information (Central File, Presentence Investigations, etc.) that could be reviewed to further determine if an inmate was indeed eligible for redesignation to Home Confinement consistent with the Attorney General's memoranda.

7.     Since March 26, 2020 staff at FCI Danbury have been provided with lists of inmates to be reviewed for Home Confinement eligibility in eight separate instances.

8.     On May 12, 2020, the Court entered the TRO requiring FCI Danbury to review inmates at FCI Danbury for home confinement, with priority given to the list of medically vulnerable inmates.  FCI Danbury published new criteria to be used in this process on May 15, 2020.

9.     Beginning on May 15, 2020, a team of reviewers was assembled to review all inmates on the "medically vulnerable" list for Home Confinement eligibility in accordance with the process detailed at paragraph 2a of the Court's May 12, 2020 order. See **ECF No. 30** at 73.  This process will be completed by May 25, 2020 as ordered by the Court.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this   19th   day of May, 2020.

_____
Ashley Cocho
Case Management Coordinator
FCI Danbury, CT