# COVID-19 Home Confinement Review Worksheet

**Inmate Name & Register Number:**

| | |
|---|---|
| COVID Risk Factor? | |
| Age? | |
| Is the current or past offense a sex offense, crime of violence, or act of terrorism? | |
| PRD | |
| Percentage of Time Statutory Served? | |
| Are there any Pending Charges or Detainers Noted? REQUIRES VERIFICATION IF DEEMED ELIGIBLE. | |
| Security Level? | |
| PSF of Alien/Sex Offender, etc.? | |
| STG or notable Gang Related Activity? | |
| PATTERN Risk Level? | |
| Discipline in the past year? | |
| Any history of Escape? | |
| Is there any information pertinent to the inmate's release (i.e. releasing to a COVID hot spot; no viable release plan, health concerns of individuals at proposed release residence etc)? REQUIRES VERIFICATION BY UNIT TEAM IF DEEMED ELIGIBLE. | |
| Medical/Mental Health Care Level concerns? | |
| Does the inmate have a DST? | |
| Any Other Pertinent Case Related Information? | |
| Final Decision: | |

Case Narrative:

| FEMALE PATTERN RISK SCORING ||||||
|---|---|---|---|---|---|
| **Register Number:** | | | **Date:** | | |
| **Inmate Name:** | | | | | |
| **FEMALE RISK ITEM SCORING** | **CATEGORY** | **GENERAL SCORE** | **Enter Score** | **VIOLENT SCORE** | **Enter Score** |
| 1. Current Age | > 60 | 0 | | 0 | |
| Click on gray dropdown box to select, then click on dropdown arrow | 51-60 | 5 | | 1 | |
| | 41-50 | 10 | | 2 | |
| | 30-40 | 15 | | 3 | |
| | 26-29 | 20 | | 4 | |
| | < 26 | 25 | | 5 | |
| 2. Violent Offense (PATTERN) | No | 0 | | 0 | |
| | Yes | 0 | | 3 | |
| 3. Criminal History Points | 0 - 1 Points | 0 | | 0 | |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 4. History of Escapes | None | 0 | | 0 | |
| | > 10 Years Minor | 3 | | 2 | |
| | 5 - 10 Years Minor | 6 | | 4 | |
| | < 5 Years Minor/Any Serious | 9 | | 6 | |
| 5. History of Violence | None | 0 | | 0 | |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 6. Education Score | Not Enrolled | 0 | | 0 | |
| | Enrolled in GED | -3 | | -1 | |
| | HS Degree/GED | -6 | | -2 | |
| 7. Drug Program Status | No DAP Completed | 0 | | 0 | |
| | NRDAP Complete | -4 | | -1 | |
| | RDAP Complete | -8 | | -2 | |
| | No Need | -12 | | -3 | |
| 8. All Incident Reports (120 months) | 0 | 0 | | 0 | |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 9. Serious Incident Reports (120 months) | 0 | 0 | | 0 | |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Time Since Last Incident Report | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | < 3 months | 6 | | 3 | |
| 11. Time Since Last Serious Incident Report | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 1 | | 1 | |
| | 3-6 months | 2 | | 2 | |
| | < 3 months | 3 | | 3 | |
| 12. FRP Refusal | No | 0 | | 0 | |
| | Yes | 3 | | 0 | |
| 13. Programs Completed | 0 | 0 | | 0 | |
| | 1 | -1 | | -1 | |
| | 2 - 3 | -2 | | -2 | |
| | 4 - 10 | -3 | | -3 | |
| | > 10 | -4 | | -4 | |
| 14. Work Programs | 0 Programs | 0 | | 0 | |
| | 1 Program | -1 | | -1 | |
| | > 1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | | Violent: | |
| **General/Violent Risk Levels** | | General: | | Violent: | |
| **OVERALL FEMALE PATTERN RISK LEVEL** | | | | | |

# MALE PATTERN RISK SCORING

| Register Number: | | Date: | |
|---|---|---|---|
| Inmate Name: | | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| **1. Current Age** | > 60 | 0 | | 0 | |
| | 51-60 | 7 | | 4 | |
| **Click on gray dropdown box to select, then click on dropdown arrow** | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** | No | 0 | | 0 | |
| | Yes | 1 | | 0 | |
| **3. Violent Offense (PATTERN)** | No | 0 | | 0 | |
| | Yes | 5 | | 5 | |
| **4. Criminal History Points** | 0 - 1 Points | 0 | | 0 | |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** | None | 0 | | 0 | |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** | None | 0 | | 0 | |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** | Not Enrolled | 0 | | 0 | |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** | No DAP Completed | 0 | | 0 | |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports (120 months)** | 0 | 0 | | 0 | |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| **10. Serious Incident Reports (120 months)** | 0 | 0 | | 0 | |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| **13. FRP Refuse** | NO | 0 | | 0 | |
| | YES | 1 | | 1 | |
| **14. Programs Completed** | 0 | 0 | | 0 | |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** | 0 Programs | 0 | | 0 | |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | | Violent: | |
| **General/Violent Risk Levels** | | General: | | Violent: | |
| **OVERALL MALE PATTERN RISK LEVEL** | | | | | |