UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE and KENNETH CASSIDY, Individually, and on behalf of all others similarly situated, | : : : : : : | |
| Petitioners, | : : | |
| v. | : : | No. 3:20-cv-569 (MPS) |
| D. EASTER, Warden of Federal Correctional Institute at Danbury | : : : : | May 23, 2020 |
| Respondents. | : : | |

**PETITIONERS' NOTICE OF RULE 34 INSPECTION OF FCI DANBURY**

Petitioners hereby issue the following Notice of Rule 34 Inspection. Although Petitioners are issuing this notice, the parties have worked together to agree on the scope and parameters of this inspection and the following Notice represents an agreement between the parties.

1. **Date and Timing of Inspection.** An inspection of FCI-Danbury will occur on Wednesday, May 27, 2020, and will start at 10:00 a.m. It will last for four hours. The time does not include any time spent entering, exiting, or traveling between each facility. The parties recognize that, given the nature of FCI Danbury, allowances may need to be made to the time limit within reason, *e.g.*, delay in entering the facility, needs of the facility causing a pause in the inspection, etc.

2. **Authorized Individuals.** The following persons may attend the inspection:

    (a) The petitioners' expert, Dr. Homer Venters;
    (b) The respondents' expert Jeffrey Beard;
    (c) Attorney Alexandra Harrington;
    (d) AUSA David Nelson;
    (e) FCI Danbury escorts, to be determined by FCI Danbury, one of which will be a Spanish-speaking guard;
    (f) All members of the inspection team must undergo BOP's health screening procedure prior to entering the facility as well as BOP's standard background screening.

3. **Scope of Inspection.** The petitioners will be permitted to inspect the following areas of

    FCI Danbury:
- (a) the prison entry/staff screening area and processing area;
- (b) all new admission housing units;
- (c) all areas where health services, including the distribution of medication, are provided in the main prison, the FSL and the camp;
- (d) the intake area for each facility;
- (e) one cell block and one dorm housing block in the main prison; and one dorm housing unit each in the FSL and camp, including all bathrooms and common areas in each such unit;
- (f) any restrictive housing (administrative or punitive segregation, SHU) in each of the main prison, FSL and camp;
- (g) any and all quarantine units in each of the main prison, FSL—including the library and education rooms—and camp;
- (h) all COVID-19 isolation units or cells in each of the main prison, FSL—including the dining hall and visiting room—and camp;
- (i) the location of PPE and sanitary supply storage for each facility the prison; and
- (j) the commissary in each facility.

4. **Interviews.** The inspection may include brief interviews with prisoners and staff conducting the tour, but no prisoner or staff member will be compelled to participate in an interview. All interviews will be conducted in the presence of all participants. Both experts may ask questions and counsel for petitioners and respondent may ask brief clarifying questions. Counsel may, through joint agreement, disallow any question or modify it as appropriate. All prisoners being interviewed shall be asked to state their name and register number, as well as whether they have a compassionate release motion pending in court and whether they are represented on that motion. Venters or Beard will not interview any prisoners who indicate they are represented on a pending compassionate release motion where there is not prior agreement by counsel on the compassionate release motion for the prisoner to be interviewed.

5. **Interview Requests:** Petitioners may, as soon as possible to allow for BOP planning issues, identify a limited number of prisoners by name and register number that they wish for the experts to briefly interview. Both experts may ask questions and counsel for petitioners and respondent may ask brief clarifying questions. Counsel may, through joint agreement, disallow any question or modify it as appropriate. Petitioners will ensure that the identified prisoners are unrepresented or that they have the consent of counsel on any pending compassionate release motion for the prisoner to be interviewed. As long as the prisoner agrees to be interviewed, Respondent agrees to make all reasonable efforts to make those prisoners available. The time taken to conduct the interviews in paragraphs 4 and 5 is considered part of the time to conduct the inspection.

6. **Equipment.** No personal items will be allowed inside the facility, except all inspection participants may bring paper and pens for notetaking. Participants may bring a small personal hand sanitizer. Participants should be mindful of normal BOP requirements when visiting a prison.

7. **Photographs.** The respondent is directed to provide a digital camera and photographer. The photographer designated by the respondent shall take still photographs during the inspection as requested by Venters and Beard. The parties may review each photograph on the camera and request reasonable retakes as needed. No photographs may be taken of staff or inmates. Following the inspection, the respondent shall review the photographs, determine whether any present a security concern, and release all acceptable photographs to the petitioners as soon as possible after the inspection. If any photograph presents security concerns, the parties shall confer in good faith and attempt to resolve those concerns; the parties will raise any issue they cannot resolve with the Court. All photographs taken during the site inspection will automatically be subject to the protective order entered by the Court on April 27, Doc. 9.

Dated May 23, 2020						Respectfully Submitted,


						/s/ David S. Golub_____
						David S. Golub, ct00145
						Jonathan M. Levine, ct 07584
						Silver Golub & Teitell LLP
						184 Atlantic Street
						Stamford, CT 06901
						Telephone: (203) 325-4491
						Email: dgolub@sgtlaw.com
						jlevine@sgtlaw.com

						Sarah French Russell, ct26604
						Tessa Bialek ct30582
						Legal Clinic, Quinnipiac University School of Law
						275 Mt. Carmel Avenue
						Hamden, CT 06518
						Telephone: (203) 582-5258
						Email: sarah.russell@quinnipiac.edu
						tessa.bialek@quinnipiac.edu

						Marisol Orihuela, ct30543
						Jerome N. Frank Legal Services Organization
						P.O. Box 209090
						New Haven, CT 06520
						Telephone: (203) 432-4800
						Email: marisol.orihuela@ylsclinics.org

						Alexandra Harrington*
						127 Wall Street
						New Haven, CT 06511
						Telephone: 203-436-3532

alexandra.harrington@yale.edu

*Counsel for the Petitioners Dianthe Martinez-Brooks, Rejeanne Collier, Jackie Madore, and Kenneth Cassidy*

*Application for Admission Pending