UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, : | |
| REJEANNE COLLIER, : | |
| JACKIE MADORE; and : | |
| KENNETH CASSIDY, Individually, : | |
| and on Behalf of All Others Similarly Situated, : | |
| Petitioners, : | |
| : | |
| v.   : | C.A. No.: 3:20-cv-569 (MPS) |
| : | |
| : | |
| D. EASTER, Warden of Federal Correctional : | |
| Institution at Danbury, and MICHAEL : | |
| CARVAJAL, Director of the Federal Bureau : | |
| of Prisons, in Their Official Capacities, : | |
| Respondents. : | |

**NOTICE REGARDING NOTICE OF ACTION
AND RELEASE OF MEDICAL RECORDS**

Pursuant to the Court's Order entered on May 28, 2020 (ECF 68), the Respondent was ordered to advise the Court regarding the costs/burden associated with the Petitioners' proposal that inmates can get notice of action and release of medical records forms so that inmates could request FCI Danbury to produce medical records to Petitioners' counsel.  The parties have agreed, in principal, on a proposal for issuance of such notice and the subsequent production of medical records by the Bureau of Prisons ("BOP").  While additional time is necessary to finalize details, the terms of the agreement are as follows:

   1.  As to the means by which inmates might be noticed as to the pendency of this lawsuit, Petitioners will provide a notice written by Petitioners' counsel for publication at FCI Danbury.  This notice will be posted on the bulletin boards in each housing unit and on TRULINCS, which is the computer network inmates use to send/receive electronic messages, monitor balances in their trust fund account, purchase telephone/messaging credits, and receive information regarding institution programming.  Case Managers will also have copies of this notice and release for distribution.

   2. In accordance with the notice, each inmate wishing to provide such release to petitioners' counsel must complete a DOJ-361 <u>Certification of Identity</u> form. The

section of this form titled "Authorization to Release Information to Another Person" will be completed by petitioners' counsel, so all that the inmate needs to do is complete the personal information fields, sign, and date the form. These forms will be available both on TRULINCS and in the housing units. These completed forms will be placed into a box in each housing unit specially designated for this purpose by a specific date, and Petitioners' counsel will be responsible for reporting to the front lobby of FCI Danbury at an agreed-upon time and date to retrieve these forms.

3. Once in receipt of the completed DOJ-361 forms, Petitioners' counsel will be responsible to providing them to the United States Attorney's Office for the District of Connecticut for transmission to BOP.

4. Upon receipt, staff in the BOP's Freedom of Information Act/Privacy Act Section will provide Petitioners' counsel with the last two year's electronic medical records ("BEMR") for each inmate who has submitted a properly-completed DOJ-361 to the agency through the process detailed above.

                                          Respectfully Submitted

                                          Respondents
                                          By Their Attorneys

                                          John H. Durham
                                          United States Attorney

                                              /s/
                                          John B. Hughes, ct05289
                                          Michelle L. McConaghy, ct27157
                                          David C. Nelson, ct25640
                                          Nathaniel M. Putnam, phv10463
                                          Jillian R. Orticelli, ct28591
                                          Assistant U.S. Attorneys
                                          203-821-3700

**CERTIFICATION**

      I hereby certify that on June 1, 2020, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            /s/
                                     Michelle L. McConaghy (ct27157)
                                     David C. Nelson (ct25640)
                                     Assistant U.S. Attorneys