UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANTHE MARTINEZ-BROOKS, | : | |
| REJEANNE COLLIER, | : | |
| JACKIE MADORE; and | : | |
| KENNETH CASSIDY, Individually, | : | |
| and on Behalf of All Others Similarly Situated, | : | |
| Petitioners, | : | |
| | : | |
| v. | : | C.A. No.: 3:20-cv-569 (MPS) |
| | : | |
| | : | |
| D. EASTER, Warden of Federal Correctional | : | |
| Institution at Danbury, and MICHAEL | : | |
| CARVAJAL, Director of the Federal Bureau | : | |
| of Prisons, in Their Official Capacities, | : | |
| Respondents. | : | June 4, 2020 |

## NOTICE OF INMATE RELEASE STATUS

Pursuant to the Court's May 28, 2020 Order (Dkt. No. 68), Respondent attaches the Declaration of the Case Management Coordinator at FCI Danbury, and has filed, under seal, a list regarding the release status of the inmates who have been deemed eligible for home confinement in Dkt. No. 66.

Respectfully Submitted,

Respondents
By Their Attorneys

John H. Durham
United States Attorney

    /s/
John B. Hughes, ct05289
Michelle L. McConaghy, ct27157
David C. Nelson, ct25640
Jillian R. Orticelli, ct28591
Nathaniel M. Putnam, phv10463
Assistant U.S. Attorneys
157 Church Street
New Haven, CT 06510
Telephone: 203-821-3700

## CERTIFICATION

       I hereby certify that on June 4, 2020, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       /s/
Michelle L. McConaghy (ct27157)
David C. Nelson (ct25640)
Jillian R. Orticelli (ct28591)
Assistant U.S. Attorneys

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE, and KENNETH CASSIDY, individually and on behalf of all others similarly situated,<br>  Petitioners,<br><br>v.<br><br>D. EASTER, Warden of Federal Correctional Institution at Danbury, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities,<br>  Respondents. | No. 3:20-cv-00569 (MPS)<br><br>**DECLARATION OF ASHLEY COCHO** |

I, ASHLEY COCHO, hereby make the following declaration:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice, as Case Management Coordinator at the Federal Correctional Institution in Danbury, Connecticut ("FCI Danbury"). I have held this position since January 2020. I have been employed by BOP since October 2008.

2. The CMC's Office is dedicated to providing oversight of case management activities within the institution. This office works directly with the unit teams, providing training and disseminating information to insure that the institution is in compliance with Correctional Programs' policies and procedures. The CMC provides coordination and oversight of many programs within the institution, including, but not limited to, Central Inmate Monitoring, Financial Responsibility, Admission and Orientation, Inmate Performance Pay, Victim/Witness Program and Adam Walsh Act compliance. The CMC also oversees the Correctional Systems Department.

3. In response to litigation arising from the Federal Correctional Institution in Danbury, CT ("FCI Danbury"), I understand BOP has been directed to "…with respect to each inmate shown on the spreadsheet (ECF No. 66) who has been approved for home confinement either (1) release such inmate to home confinement, or (2) demonstrate that public safety or medical considerations or the absence of any home in which to place the inmate would make it unsafe to move to home confinement." **ECF No. 68** at 4.

4. Of note, since the spreadsheet at ECF No. 66 was placed upon this docket an additional inmate was identified that should have been included on this list. Inmate M█████ T██████ (Reg. No. ████████) was added to this roster and redesignated to Home Confinement ("HC") as of June 4, 2020.

5. As to those inmates shown on the spreadsheet who have been approved for home confinement, 43 have been redesignated to HC in satisfaction of the court's order. See **Exhibit A**.

**INMATES NOT PLACED INTO HOME CONFINEMENT AS OF JUNE 4, 2020**

6. Inmate S████ P███ (Reg. No. ████████) is releasing to a residence in Colorado, and the most immediate travel arrangements are available on June 5, 2020.

7. The remaining inmates on this list are pending consideration for redesignation to a Residential Reentry Center ("RRC"). They will be reviewed for HC eligibility in accordance with this court's order dated May 29, 2020 (ECF. No. 70).

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this _____ day of June, 2020.

ASHLEY COCHO
Digitally signed by ASHLEY COCHO
Date: 2020.06.04 16:46:19 -04'00'

_____
Ashley Cocho
Case Management Coordinator
FCI Danbury, CT