UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, JACKIE MADORE and KENNETH CASSIDY, Individually, and on behalf of all others similarly situated, | : : : : : : |
| Petitioners, | : : |
| v. | : No. 3:20-cv-569 (MPS) : |
| D. EASTER, Warden of Federal Correctional Institution at Danbury, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official Capacities | : : : : : : June 4, 2020 |
| Respondents. | : : |

## JUNE 4 JOINT STATUS REPORT

On May 28, 2020, the Court held a status conference and thereafter ordered the parties to meet and confer on, *inter alia*, generating a random sample of the records reviewed for assessment of home confinement, ECF No. 59, and providing the sample to Petitioners' expert. ECF No. 68. Having done so, the parties hereby detail below the issues on which they have reached agreement and those that will require assistance from the Court.

The parties agree that Respondent will provide a random sample of 25 "files" to Petitioners subject to the protective order (ECF No. 37). The "files" will contain the information, contained in the SENTRY database,[1] reviewed by the BOP staff in assessing medically vulnerable individuals for assessment of home confinement as indicated in ECF

---

[1] Respondent intends to take screenshots of the various pages from the database that were reviewed for each individual assessed for home confinement. Those pages consist of the following titles: PP10, PP66, PP15, PP44, PSDC, and PP60.

1

No. 59. The initial review referenced in ECF No. 59 did not include a review of the BEMR database. In light of this fact and the agreement by the parties to provide notice to individuals incarcerated at FCI Danbury and a process for providing medical records to Petitioners' counsel, *see* ECF No. 72, the sampling will include only that information that was reviewed initially. The parties are still conferring over a reasonable time frame for production of these files.

The BOP's assessment for home confinement also included a review of individuals' Presentence Report (PSR) and Statement of Reasons (SOR), both of which are confidential. The parties were unable to reach agreement on whether the government could, in light of the protective order in this case, provide these documents to Petitioners' counsel. Petitioners' position is that disclosure subject to a protective order is warranted based on the needs of the case and the interests of justice, as an incomplete picture of what BOP staff review permits unwarranted errors to persist. For this reason, Petitioners ask the Court to enter an order permitting Respondent to produce these documents to Petitioners' counsel for the sample. Respondent's position is that, absent Court Order, she is prohibited from releasing these documents due to the highly sensitive nature of the documents.

The parties are available for a status conference if it would aid the Court in determining whether to order all documents reviewed by BOP staff to be produced to Petitioners' counsel in the sampling process.

Dated June 4, 2020	Respectfully Submitted,

	  /s/
David S. Golub, ct00145
Jonathan M. Levine, ct 07584
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Email: dgolub@sgtlaw.com
jlevine@sgtlaw.com

Sarah French Russell, ct26604
Tessa Bialek ct30582
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
tessa.bialek@quinnipiac.edu

Marisol Orihuela, ct30543
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Email: marisol.orihuela@ylsclinics.org

Alexandra Harrington
127 Wall Street
New Haven, CT 06511
Telephone: 203-436-3532
alexandra.harrington@yale.edu

*Counsel for the Petitioners Dianthe Martinez-Brooks, Rejeanne Collier, Jackie Madore, and Kenneth Cassidy*

Respondents,
By Their Attorneys:

John H. Durham
United States Attorney

      /s/
_____
John B. Hughes, ct05289
Michelle L. McConaghy, ct27157
David C. Nelson, ct25640
Jillian R. Orticelli, ct28591
Nathaniel M. Putnam, phv10463
Assistant United States Attorneys
Tel. 203-821-3700
John.Hughes@usdoj.gov
Michelle.Mcconaghy@usdoj.gov
David.C.Nelson@usdoj.gov
Jillian.Orticelli@usdoj.gov
Nathaniel.Putnam@usdoj.gov