# EXHIBIT D

PROTECTED - PURSUANT TO THE PROTECTIVE ORDER

Seen 6/17

**DANBURY SICK CALL FORM**   DATE: 5-15-2020

NAME: M_____ V_____   REG No. _____   AGE: 45   UNIT: E-A

What is your main complaint? I have been suffer lack of breath

When did your problem begin? between three to four weeks

Have you been seen for this problem before, if YES, who did you see? (officer, medical, etc) _____

Where is your medical problem? nasal cavities

## What do you need? (check box)

| | | |
|---|---|---|
| Idle [ ] | Test results [ ] | Follow up [ ] For ___ |
| Medication renewal [ ] for ___ | Put on CALL-OUT [✓] | Medication information [ ] for ___ |

I have diarrhea or vomiting. [ ]

I am feeling short of breath. [✓]

Use figure in box to show where
I have injury. [ ]
I have muscle, joint, or bone pain. [ ]
I have skin problem. [ ]

**Explain your problem below**

done

I also have. (check box)

Diabetes [ ]   High blood pressure [ ]   Asthma [ ]   Other: tuberculosis

For medical staff use only:
BP ___/___   RR ___   HR 61   Weight ___
Temp 98.0   O2 98   BG ___

Notes: Need ICO Inhaler given 2 puff 4x a day

USA 009276