UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, REJEANNE COLLIER, and JACKIE MADORE, individually, and on behalf of all others similarly situated, : : : : : | |
| Petitioners, : | |
| v. : | No. 3:20-cv-569 (MPS) |
| : | |
| D. EASTER, Warden of Federal Correctional Institute at Danbury : : : | |
| Respondent. : | June 12, 2020 |

## NOTICE OF DISMISSAL

Petitioner Rejeanne Collier, through counsel, hereby gives notice pursuant to Rule 41(a)(1) Fed.R.Civ.Pro., of the dismissal of her claims in the above entitled-action.

    Petitioners,

    BY_____/s/ Jonathan M. Levine_____
    David S. Golub, ct00145
    Jonathan M. Levine, ct 07584
    Silver Golub & Teitell LLP
    184 Atlantic Street
    Stamford, CT 06901
    Telephone: (203) 325-4491
    Email: dgolub@sgtlaw.com
           jlevine@sgtlaw.com

Sarah French Russell, ct26604
Tessa Bialek ct30582
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
         tessa.bialek@quinnipiac.edu

Marisol Orihuela, ct30543
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Email: marisol.orihuela@ylsclinics.org

Alexandra Harrington, ct30943
127 Wall Street
New Haven, CT 06511
Telephone: 203-436-3532
alexandra.harrington@yale.edu