UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANTHE MARTINEZ-BROOKS, | : | |
| REJEANNE COLLIER, | : | |
| JACKIE MADORE; and | : | |
| KENNETH CASSIDY, individually, | : | |
| and on behalf of all others similarly situated, | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civ. No. 3:20 cv 569 (MPS) |
| | : | |
| DIANE EASTER, Warden of Federal | : | |
| Correctional Institution at Danbury | : | |
| in her official capacity | : | |
| | : | |
| Respondent. | : | JUNE 12, 2020 |

**[PROPOSED] AMENDMENT TO
PETITION FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. §2241 AND
REQUEST FOR EMERGENCY ORDER OF ENLARGEMENT**

Petitioners hereby amend their Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 and Request for Emergency Order of Enlargement, dated April 27, 2020 to add paragraphs 4A-B and 34A-C as follows:

4A.     Petitioner Amanda Cooper, BOP Register Number 76357-067, is a 42 year-old woman who, at all times relevant herein, has been in the custody of the BOP at FCI Danbury, and is currently housed in the FSL.  Ms. Cooper has Type II diabetes with diabetic neuropathy. She also has multiple pulmonary embolisms, deep vein thromboses requiring lifelong anti-coagulation, NASH liver disease, Stage II, and a history of seizures and strokes.  She is also morbidly obese.  She also has a medical restriction limiting her to the first floor of the institution, but that limitation cannot be accommodated because prisoners are in below grade dorms.  Each

1

of these conditions places Ms. Cooper at dramatically heightened risk of death from COVID-19; the combination of all these conditions creates exponential danger.

4B.     Petitioner James Whitted, BOP Register Number 83830-054, is a 41 year-old man who, at all times relevant herein, has been in the custody of the BOP at FCI Danbury and is currently housed in the men's facility in the main prison.  Mr. Whitted suffers from asthma for which he currently uses two medicated inhalers.  He is also morbidly obese.  In 2018, Mr. Whitted suffered a fall which resulted in head trauma, spinal damage, and permanent injury to his left leg for which he requires a custom brace.  As a result of his injury he is required to use a walker and a cane to ambulate.  He is in need of physical therapy to maintain leg function but has not received any such therapy since the onset of the COVID-19 lockdown at FCI Danbury.

34A.    Petitioner Amanda Cooper is a 42 year-old woman with a significant number of risk factors putting her at high risk of severe illness or death in the event she contracts COVID-19.  Ms. Cooper has significant cardiovascular issues, including deep vein thromboses requiring lifelong anti-coagulation, hypertension, and multiple pulmonary embolisms, which also impact her respiratory function.  She also has Type II diabetes with diabetic neuropathy.  She suffers from Stage II NASH liver disease.  She has a history of seizures and strokes.  She is also morbidly obese.  She is on multiple medications for these conditions.  Ms. Cooper is disabled as a result of her medical conditions and requires accommodation on the first floor where she does not have to use stairs.  But FCI Danbury currently cannot accommodate her disabilities because prisoners in the FSL where she resides are housed in below grade dorms due to COVID-19.

34B.    As a result of her medical condition, Ms. Cooper has effectively been condemned to serve her sentence at substantial risk of serious illness or death. Pursuant to the above-cited

WHO-China Joint Mission Report, each of these conditions puts Ms. Cooper at significantly elevated risk of mortality in the event she should contract COVID-19: The mortality rate for hypertension is 8.4%; the mortality rate for chronic respiratory disease is 8.0%, the mortality rate for cardiovascular disease is 13.2%.[1] Moreover, a recent study found that obesity was the single biggest chronic risk factor for hospitalization for COVID-19.[2] COVID-19 infection in a patient presenting with all four medical conditions will undoubtedly be deadly.[3] As a result of her medical condition, there is a grave risk that Ms. Cooper will not make it out of FCI Danbury alive or will become terribly ill.

      34C.    Petitioner James Whitted is a 41 year-old man with a significant number of risk factors putting her at high risk of severe illness or death in the event he contracts COVID-19. Mr. Whitted suffers from asthma for which he currently uses two medicated inhalers. He is also morbidly obese. As a result of a fall that caused spinal damage and permanent injury to his left leg, he requires a custom brace and must use a walker and a cane to ambulate. He is in chornic pain that has not been managed since he has been in the custody of the BOP. He is in need of physical therapy to maintain leg function but has not received any such therapy since the onset of

---

[1] *See* Report of the WHO-China Joint Mission on Coronavirus Disease 2019 (COVID-19), World Health Organization (Feb. 28, 2020), at 12, https://www.who.int/docs/default-source/coronaviruse/whochina-joint-mission-on-covid-19-final-report.pdf (hereinafter "WHO-China Joint Mission Report").

[2] Christopher M. Petrilli et. al., Factors Associated With Hospitalization and Critical Illness Among 4,103 Patients with COVID-1 Disease in New York City (Apr. 11, 2020), available at https://www.medrxiv.org/content/10.1101/2020.04.08.20057794v1.full.pdf; *see also* Tiernan Ray, *NYU scientists - Largest US study of COVID-19 finds obesity the single biggest 'chronic' factor in New York City's hospitalizations* (April 12, 2020), https://www.zdnet.com/article/nyu-scientists-largest-u-s-study-of-covid-19-finds-obesity-the-single-biggest-factor-in-new-york-critical-cases/

[3] Safiya Richardson, et al., Presenting Characteristics, Comorbidies, and Outcomes Among 5700 Patients Hospitalized with COVID-19 in the New York City Area, J. AM. MED. ASS'N (Apr. 22, 2020), available at https://jamanetwork.com/journals/jama/fullarticle/2765184 (in study of 5,700 patients, finding that the most common comorbidities with COVID-19 were hypertension (56.6%), obesity (41.7%), and diabetes (33.8%)).

the COVID-19 lockdown at FCI Danbury and is at risk of significant loss of mobility. As a result of his medical condition, there is a grave risk that he will not make it out of FCI Danbury alive or will become terribly ill.

        Respectfully Submitted,

        _____/s/_Jonathan M. Levine_____
        David S. Golub, ct00145
        Jonathan M. Levine, ct 07584
        Silver, Golub & Teitell LLP
        184 Atlantic Street
        Stamford, CT 06901
        Phone: (203) 325-4491
        Email: dgolub@sgtlaw.com
              jlevine@sgtlaw.com

        Sarah French Russell, ct26604
        Tessa Bialek ct30582
        Legal Clinic, Quinnipiac University School of Law
        275 Mt. Carmel Avenue
        Hamden, CT 06518
        Phone: (203) 582-5258
        Email: sarah.russell@quinnipiac.edu
              tessa.bialek@quinnpiac.edu

        Marisol Orihuela, ct30543
        Jerome N. Frank Legal Services Organization
        P.O. Box 209090
        New Haven, CT 06520
        Phone: (203) 432-4800
        Email: marisol.orihuela@ylsclinics.org

        Alexandra Harrington
        127 Wall Street
        New Haven, CT 06511
        Phone: 203-436-3532
        alexandra.harrington@yale.edu

        *Counsel for the Petitioners*