UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WHITTED,<br>individually, and on behalf of all others<br>similarly situated,<br><br>                Petitioner,<br><br>v.<br><br>D. EASTER, Warden of Federal Correctional<br>Institution at Danbury, in her official capacity<br><br>                Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:    Case No. 3:20-cv-569 (MPS)<br>:<br>:<br>:<br>:<br>:<br>: |

## JOINT STATUS REPORT

The parties are pleased to inform the Court that their negotiations have resulted in a Settlement Agreement (the "Agreement") that was finalized and signed earlier today. The parties wish to sincerely thank United States Magistrate Judge Thomas O. Farrish for his tireless and invaluable efforts in supervising the negotiations that led to the Agreement. The Agreement is made between Respondent, the Federal Bureau of Prisons ("BOP"), and Petitioner James Whitted, individually and on behalf of all members of a settlement class consisting of medically vulnerable inmates at the Federal Correctional Institution located in Danbury, Connecticut ("FCI Danbury"). Under the terms of the Agreement, the parties will file a joint motion to certify the settlement class by Monday, August 3, 2020. The parties will then jointly move for a fairness hearing, pursuant or analogous to Federal Rule of Civil Procedure 23(e), and for an order approving notice to the class, within three days of the Court's order on the August 3 motion, in the event the Court certifies the settlement class.

The parties are available for a status conference if it would aid the Court.

Date: July 27, 2020	Respectfully submitted,

Respondent, Diane Easter, Warden of Federal Correctional Institution at Danbury, in her official capacity and through her attorneys:

John H. Durham
United States Attorney

_____/s/_____
John B. Hughes
Michelle L. McConaghy
David C. Nelson
Jillian R. Orticelli
Nathaniel M. Putnam
Assistant U.S. Attorneys

Petitioner and Class Representative James Whitted:
By His Counsel

_____/s/_____
David S. Golub
Jonathan M. Levine
Sarah F. Russell
Tessa Bialek
Marisol Orihuela
Alexandra Harrington