# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACKIE MADORE, AMANDA COOPER, and JAMES WHITTED, individually, and on behalf of all others similarly situated, | : : : : : | |
| Petitioners, | : : | |
| v. | : : | No. 3:20-cv-569 (MPS) |
| DIANE EASTER, Warden of Federal Correctional Institute at Danbury | : : : | |
| Respondent. | : | July 28, 2020 |

## NOTICE OF DISMISSAL

Petitioner Amanda Cooper, through counsel, hereby gives notice pursuant to Rule 41(a)(1) Fed.R.Civ.Pro., of the dismissal of her claims in the above entitled-action.

        Petitioners,

        BY_____/s/ Jonathan M. Levine_____
        David S. Golub, ct00145
        Jonathan M. Levine, ct 07584
        Silver Golub & Teitell LLP
        184 Atlantic Street
        Stamford, CT 06901
        Telephone: (203) 325-4491
        Email: dgolub@sgtlaw.com
            jlevine@sgtlaw.com

-
Sarah French Russell, ct26604
Tessa Bialek ct30582
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
           tessa.bialek@quinnipiac.edu

Marisol Orihuela, ct30543
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Email: marisol.orihuela@ylsclinics.org

Alexandra Harrington, ct30943
127 Wall Street
New Haven, CT 06511
Telephone: 203-436-3532
alexandra.harrington@yale.edu