Hello,

I was on the list for medically vulnerable inmates. My name is Rodorrio Kittrell Fed# 39459-007. I would like to object to the lawsuit agreement. We were treated with medical indifference, and inhumane living conditions. We continue to live in inhumane living conditions being moved to a condemned Unit K-Unit. We are still unable to social distance and worse than that were packed in like cord wood. Medical also ignored a lot of our requests, while treating others with better medical care. Some were even told to buy medications from commisary. No change has come about. We continue to suffer medical indifference, and our inhumane living conditions have not improved. These are the reasons I object to the lawsuit agreement.

Thank You

Rodorrio Kittrell

*Rodorrio Kittrell* (signature)

Fed# 39459-007

Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099
Inmate Name: Rodorrio Kittrell
Register Number: 39459-007



WESTCHESTER NY 105
28 AUG 2020 PM 4 L

United States District Court
450 Main Street
Hartford CT. 06103
Attention Danbury lawsuit

X-RAY COMPLETED

06103-302299