SEP 1 2020 PM 12:18
FILED-USDC-CT-HARTFORD

This message is to inform you of the current conditions here at Danbury FCI:

1) Rules state that before inmates are to be mixed with one another, a 14 day quarantine must be conducted. Two weeks ago my entire unit (M-Unit) moved to another unit (E-Unit) without being quarantined. There were 12 inmates that remained in E-Unit who also were not quarantined. Nobody from either unit was tested for covid-19 before or after the move.

2) E-Unit is a open dormatory with 70 inmates; the bunks are about 4 feet apart. Inmates are required to share 4 showers and 4 toilets. There are inmates here that can not make it to the restroom and are subjected to urinating in buckets at their assigned bunks. As, the instituion continues to "stress" sanitation, things like this are far and beyond sanitary.

Billie Johnson 20588-078
FCI Danbury, CT

20588-078

Billie Johnson
Federal Correctional Institution
33 1/2 Pembroke Rd.
Danbury, CT 06811
United States





S SUBURBAN IL 604

28 AUG 2020 PM 3 L

United States District Court
Attention: Danbury Settlement
450 Main Street
Hartford, CT 06103

06103-302299