UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated,<br><br>     *Petitioner*,<br><br>  v.<br><br>DIANE EASTER, Warden of Federal Correctional Institution at Danbury in her official capacity,<br><br>     *Respondent*. | No. 3:20-cv-00569 (MPS) |

**MOTION FOR APPROVAL
OF CLASS ACTION SETTLEMENT**

  Petitioner James Whitted, through counsel, submits this Memorandum in support of his Motion for Approval of the Settlement Agreement (the "Settlement") submitted on August 3, 2020 in this multi-party habeas action involving individuals who are or may in the future be confined at FCI Danbury. (ECF Nos. 134-1). On August 11, 2020, the Court certified the proposed class identified in the Settlement (the "Class") for purposes of the Settlement, issued an Order of Notice to the Class, and appointed the undersigned as Class Counsel (ECF No. 141).

  Applying the principles of Fed. R. Civ. Pro. 23(e) to this case, Class Counsel request that the Court grant approval of the Settlement. The Settlement is the product of a complex and extended set of negotiations and, in Class Counsel's view, represents a unique and important landmark on behalf of incarcerated individuals in the custody of the federal Bureau of Prisons (BOP) in the COVID-19 era. Class Counsel believe that this litigation and the Settlement have succeeded in bringing to the fore and remedying the inadequacies, prior to the commencement of this lawsuit, of the Bureau of Prison's home confinement release procedures. Building on the

protections afforded by the Temporary Restraining Order ("TRO") issued by this Court on May 12, 2020, the Settlement provides remedies to enable more individuals to be in safer conditions than before the litigation began. For these reasons and as explained in detail in Petitioner's accompanying memorandum of law, Petitioner seeks this Court's approval of the Settlement.

To the extent this Court would find testimony helpful at the fairness hearing scheduled for September 18, 2020, at 10:00AM, Dr. Jaimie Meyer—one of Petitioner's expert witnesses in this case who was deeply involved in the process of identifying medically vulnerable individuals at FCI Danbury for purposes of this Settlement—is available to testify.

Dated: September 11, 2020

/s/ David S. Golub
David S. Golub, ct00145
Jonathan M. Levine, ct 07584
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Email: dgolub@sgtlaw.com
       jlevine@sgtlaw.com

Sarah French Russell, ct26604
Tessa Bialek, ct30582
Alexis Farkash, *Law Student Intern*\*
Abigail Mason, *Law Student Intern*\*
George Morgan, *Law Student Intern*\*
Krista Notarfrancesco, *Law Student Intern*\*
Samantha Pernal, *Law Student Intern*\*
Grace Ronayne, *Law Student Intern*\*
Hannah Snow, *Law Student Intern*\*
Kathryn Ulicny, *Law Student Intern*\*
Kylee Verrill, *Law Student Intern*\*
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
       tessa.bialek@quinnpiac.edu

2

Marisol Orihuela, ct30543
Zal K. Shroff, *Cooperating Counsel*\*\*
Ariadne Ellsworth, *Law Student Intern*\*
Alexandra Gonzalez, *Law Student Intern*\*
Alexander Nocks, *Law Student Intern*\*
Phoenix Rice-Johnson, *Law Student Intern*\*
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Email: marisol.orihuela@ylsclinics.org

Alexandra Harrington, ct 30943
Criminal Justice Advocacy Clinic
University at Buffalo School of Law
507 O'Brian Hall, North Campus
Buffalo, NY 14260
Telephone: (716) 984-2453
Email: aharr@buffalo.edu

*Counsel for the Petitioner James Whitted*

\* Motion for law student appearance forthcoming

\*\* Application for admission forthcoming