# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated,<br><br>                *Petitioner*,<br>    v.<br><br>DIANE EASTER, Warden of Federal Correctional Institution at Danbury in her official capacity,<br><br>                *Respondent*. | No. 3:20-cv-00569 (MPS)<br><br><br><br>October 12, 2020 |

## JOINT MOTION FOR ORDER OF DISMISSAL

On September 18, 2020, this Court approved the terms of a multi-party habeas class action settlement agreement (the "Settlement") reached by the parties. (ECF No. 221.) A copy of the Settlement is attached as Exhibit A to this motion. The terms of the Settlement were discussed at length by the Court during a fairness hearing that preceded the Settlement's approval. (ECF Nos. 222-223.) In accordance with the terms of the Settlement, the parties hereby submit this Joint Motion for Order of Dismissal pursuant to Fed. R. Civ. P. 41(a)(2). As set forth in the Proposed Orders attached as Exhibits B and C to this motion, and pursuant to the terms of the Settlement, the parties respectfully request that this Court:

    1.    Reserve and retain jurisdiction over the parties and this case to the full extent necessary to enforce the terms of the Settlement;

    2.    Dismiss with prejudice all claims in the Amended Petition released under the Settlement, and dismiss without prejudice all other claims in the Amended Petition, including all

claims brought on behalf of individuals who are not part of the Settlement Class certified by this Court; and

    3.    Direct the Clerk of this Court to enter Final Judgment dismissing this case subject to the Court reserving and retaining jurisdiction to the full extent necessary to enforce the Settlement.

Dated: October 12, 2020

    Respectfully submitted,

    John H. Durham
    United States Attorney

    _____/s/_____
    John B. Hughes, ct05289
    Michelle L. McConaghy, ct27157
    David C. Nelson, ct25640
    Jillian R. Orticelli, ct28591
    Nathaniel M. Putnam, phv10463
    Assistant U.S. Attorneys
    157 Church Street,
    New Haven, CT 06510

    *Counsel for the Respondent*

    /s/  David S. Golub_____
    David S. Golub, ct00145
    Jonathan M. Levine, ct 07584
    Silver Golub & Teitell LLP
    184 Atlantic Street
    Stamford, CT 06901
    Telephone: (203) 325-4491
    Email: dgolub@sgtlaw.com
           jlevine@sgtlaw.com

    Sarah French Russell, ct26604
    Tessa Bialek, ct30582
    Alexis Farkash, *Law Student Intern\**
    Abigail Mason, *Law Student Intern\**
    George Morgan, *Law Student Intern\**
    Krista Notarfrancesco, *Law Student Intern\**
    Samantha Pernal, *Law Student Intern\**

Grace Ronayne, *Law Student Intern\**
Hannah Snow, *Law Student Intern\**
Kathryn Ulicny, *Law Student Intern\**
Kylee Verrill, *Law Student Intern\**
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
    tessa.bialek@quinnpiac.edu

Marisol Orihuela, ct30543
Zal K. Shroff, phv10872
Ariadne Ellsworth, *Law Student Intern*
Alexandra Gonzalez, *Law Student Intern*
Alexander Nocks, *Law Student Intern*
Phoenix Rice-Johnson, *Law Student Intern*
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Email: marisol.orihuela@ylsclinics.org

Alexandra Harrington, ct 30943
Criminal Justice Advocacy Clinic
University at Buffalo School of Law
507 O'Brian Hall, North Campus
Buffalo, NY 14260
Telephone: (716) 984-2453
Email: aharr@buffalo.edu

*Counsel for the Petitioner-Class*

\* Motion for law student appearance forthcoming