# EXHIBIT C

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated,<br><br>     *Petitioner*,<br>  v.<br><br>DIANE EASTER, Warden of Federal Correctional Institution at Danbury in her official capacity,<br><br>     *Respondent*. | No. 3:20-cv-00569 (MPS) |

**PETITIONER'S PROPOSED ORDER GRANTING JOINT MOTION FOR DISMISSAL**

On September 18, 2020, this Court approved the terms of a multi-party habeas class action settlement agreement (the "Settlement") reached by the parties. (ECF No. 221.) The terms of the Settlement were discussed at length by the Court during a fairness hearing that preceded the Settlement's approval. (ECF Nos. 222-223.) In accordance with the terms of the Settlement, and pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED as follows:

 1. The Court reserves and retains jurisdiction over the parties and this case to the full extent necessary to enforce the terms of the Settlement pursuant to the terms set forth therein (ECF No. 134-1), as contemplated by *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381 (1994) and its progeny.

 2. All claims in the Amended Petition released under the Settlement are dismissed with prejudice. All other claims in the Amended Petition are dismissed without prejudice, including all claims brought on behalf of individuals who are not part of the Settlement Class certified by this Court. Each party shall bear their own costs.

1

2

3. The Clerk of this Court is directed to enter Final Judgment dismissing this case subject to the Court reserving and retaining jurisdiction to the full extent necessary to enforce the Settlement.

SO ORDERED.

_____
Michael P. Shea
United States District Judge