UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JACKIE MADORE; AMANDA COOOPER
JAMES WHITTED, *individually, and on*                    CASE NO.: 3:20CV569 (MPS)
*behalf of all others similarly situated*
                    Petitioners

             vs.

DIANE EASTER, *Warden of Federal*
*Correctional Institution at Danbury,*
*in their official capacity*
                    Respondents

**JUDGMENT**

   This action having come on for consideration before the  Honorable  Michael P. Shea,

United States District Judge, and

    The Court having considered the full record of the case including applicable principles of law,

and having filed its ruling on October 19, 2020 approving the Settlement Agreement and dismissing

this case subject to the Court's reserving and retaining exclusive jurisdiction to the full extent

necessary to enforce the Settlement;  it is therefore

   ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in

accordance with  the  Settlement Agreement  and dismissing this case subject to the Court's

reserving and retaining exclusive jurisdiction to the full extent necessary to enforce the Settlement.

   Dated at Hartford, Connecticut, this 20th   day of October, 2020.

                                        ROBIN D. TABORA, Clerk

                                        By_____/s/_____
                                        Devorah Johnson
                                        Deputy Clerk

EOD10/20/20