# EXHIBIT A-1

# (redacted version)

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 3:20 cv 569 (MPS) |
| | : | |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : | |
| | : | |
| | : | |
| Respondent. | : | December 9, 2020 |

### DECLARATION OF J███ H██████

I, J███ H██████, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is J███ H██████ and I am currently incarcerated at the Camp at FCI Danbury. I have been approved for home confinement and will be releasing to Mississippi where I will be staying in a friend's home and can self-isolate. I have been in quarantine for 20 days now. I tested "negative" for COVID the day I entered quarantine. I was tested again last Thursday, December 3, 2020. I was also given a rapid test this Monday, December 7.

2. The BOP has already set a travel and transportation plan for me to return home. I was initially told that my release date would be December 15, but was recently informed that I have been delayed until December 17. That would mean that I will have waited in quarantine for a full month— even with three negative COVID tests— before finally being able to return home.

3. The conditions at the facility are getting worse. On Monday morning, four people were removed after testing positive. Fortunately, none of these women were on my quarantine floor. But I know from my conversations with others in the unit that at least one other woman

1

downstairs in the main dormitory had been complaining that she did not feel well for two to three days, including running a fever and looking pale with watering eyes. Multiple women told medical staff that she should be removed from the dorm because she was obviously unwell, but she was not removed until Tuesday late in the afternoon after a positive COVID test result. This woman's bed is within two feet of a pregnant woman.

4. I am afraid that if I do not release immediately, after what is now weeks of quarantine, I am at serious risk of contracting COVID at FCI Danbury. If I get a serious case of the disease because of my underlying conditions, I worry that I may never make it home.

> I have reviewed the information contained in this declaration with counsel by telephone. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge.



/s/ J█████ H████████
J█████ H████████

2