# EXHIBIT B-1

# (redacted version)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 3:20 cv 569 (MPS) |
| | : | |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : | |
| | : | |
| | : | |
| Respondent. | : | December 9, 2020 |

### DECLARATION OF M█████ R███

I, M█████ R███ hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is M█████ R███ and I am currently incarcerated at the Camp at FCI Danbury. I have been approved for home confinement and will be releasing to ███████, Massachusetts where I will be living with my parents and my daughter, who is just 9 years old. I was initially scheduled to be released on December 15, 2020, but have now been delayed until January 5—which is another month from now.

2. Yesterday, I was placed in quarantine to protect me from the recent COVID outbreak at the facility. I was tested both by rapid test and by a regular PCR test before I was placed on the quarantine floor. I believe that I am COVID-negative because they ultimately moved me into the quarantine unit.

3. But before I was placed in quarantine, conditions in the unit were very concerning. Although staff had been checking our temperatures earlier in November, they stopped doing that before Thanksgiving. No one was doing daily temperature checks until this Monday,

1

December 7, 2020. During that time period, no one was asking us if we had COVID symptoms either.

4.   Upon learning about the recent COVID outbreak at the facility, I had hoped that those of us who have already been approved for home confinement and have tested negative would be able to go home much sooner. My family is available to come pick me up any day I am released. I am afraid that if I do not release immediately, I am at serious risk because of my underlying medical conditions.

> I have reviewed the information contained in this declaration with counsel by telephone. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge.



/s/ M▮▮▮ R▮▮▮
M▮▮▮ R▮▮▮

2