# EXHIBIT C-1

# (redacted version)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : : : | |
| Petitioner, | : : | |
| v. | : : | Civ. No. 3:20 cv 569 (MPS) |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : : : : | |
| Respondent. | : | December 9, 2020 |

### DECLARATION OF N▮▮▮▮ L▮▮▮▮▮

I, N▮▮▮▮ L▮▮▮▮▮, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is N▮▮▮▮ L▮▮▮▮▮ and I am currently incarcerated at the Camp at FCI Danbury. I have been approved for home confinement and will be releasing to ▮▮▮▮▮▮, Maine where I will be living with D▮▮ P▮▮▮, who is my ex-husband and partner. The BOP-approved halfway house has already conducted a home visit and confirmed that the home is suitable and ready for my release.

2. I have been in quarantine since December 1, 2020 waiting to go home. I was tested for COVID when I first entered quarantine, and then received a second test yesterday on December 8. But my release date is not scheduled until December 22—which is still another two weeks away. That would mean I will have waited in quarantine for a full three weeks—even with two negative COVID tests—before finally being released.

3. I am sixty-five years old and anxious to return home safely to serve my sentence. Upon learning about the recent COVID outbreak at the facility, I had hoped that those of us who have

1

already been in quarantine, tested, and just waiting to go home would finally be released. I am afraid that if I do not get released immediately, I am at serious risk because I am older and have underlying medical conditions. My partner is available to come pick me up as soon as I am released.

> I have reviewed the information contained in this declaration with counsel by telephone. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge.


/s/ N█████ L█████
N█████ L█████

2