Dec 20, 2020

the Hon. michael P. Shea
united States District court
450 main St
Hartford ct 06103-3022

michael milchin
76060-066
fci Danbury
Route 37
Danbury ct, 06811

DEC 28 2020 PM 12:05
FILED-USDC-CT-HARTFORD

Re: James whitted V. D. Easter, case no: 3:20-CV-569 (MPS)

Dear Honorable Sir,

I hope this Letter finds you well,

I am a inmate at fci Danbury and was added to the medically vulnerable list in front of your honor in Sept by Sarah russell. I have requested to be reviewed over and over again and have been told every excuse to why I cant get home confinment. the original suit and cares act has camp status inmates As A Priority for home confinment. it is now December 20th and I cant get Danbury or Anyone from the BOP to give me anything In writing to why I am Denied. based on the Qualifications Set by Ag Barr and your honor, I am the Perfect candidate. for the following reasons

- camp points (4 Base Points Awaiting transfer to camp)
- no criminal history
- no history of violence in or out of Prison ever.
- no gun or weapons charges
- Low Recidivism Score by BOP.
- Release Plan with family in new york and Remote Job

medical Reasons (All on Record)

Page 1

- Low Lung Level • Wheezing in Right Lung • History of Bronchitis
- 15+ year smoker • Albuteral inhaler for Respiratory issues
- History of Heart issues (St. Mary's Hospital Records)
- unknown current skin infection
- BMI over 30
- infection on nose for over 6 years now (has eaten skin on my nose)

On December 19th the W.H.O. warned the United States and the rest of the world of a new and even more contagious covid-19 virus. This new strain is believed to be 70% more contagious then the prior covid-19 strain. It is unknown weather the vaccine will be effective on this new strain but a greater outbreak is expected. Based on my medical & criminal history I believe home confinment should have been already granted to me. Everyday I fear for my health and my life. I was not sentenced to die in prison and pray everyday that I get home soon to be with my family. The BOP makes it almost impossible to get home confinment thru them. I am asking you to grant me a transfer to home confinment ASAP before the outbreak gets worse. Once again thank you

Michael Milchin
76060-066
12/20/2020