# Exhibit N

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : : : | |
| Petitioner, | : : | |
| v. | : : | Civ. No. 3:20 cv 569 (MPS) |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : : : : | |
| Respondent. | : | January 3, 2021 |

**DECLARATION OF YAHAIRA DIAZ**

I, Yahaira Diaz, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Yahaira Diaz, and I am currently incarcerated at FCI Danbury in the Camp.

2. In the first week of November I told the unit manager at the Camp that I wasn't feeling well and had all the symptoms of COVID-19. I had fever, a dry cough, nausea, and diarrhea. The unit manager said she had to get me tested. But I wasn't tested.

3. I continued to feel sick, I had chest pains and my asthma was getting worse, and my nose was stuffed. Then in late November I felt really bad. I had a fever, I was throwing up, I had chest pains, and I had a dry cough. I noticed other women in the Camp with the same symptoms as me. I told the officer on duty that I thought I had COVID. I also put in three sick call requests electronically. On November 28 I submitted two slips on the computer stating that I may have a sinus infection and wanted to be evaluated, and that I had COVID symptoms. On December 6, I submitted another sick call on the computer requesting a COVID test. Medical staff only responded to the slip about the sinus infection, stating that I would be scheduled for a visit. I

1

have not yet been scheduled for that visit. After I tested positive for COVID and was moved to isolation, medical finally responded to my December 6 sick call by stating that I had tested positive.

4. No one took our temperatures in the Camp the week of Thanksgiving or the week afterwards. No one asked us each day about symptoms.

5. Finally, I went to pill line early in the morning of December 7 and told the nurse on duty that I wasn't feeling well and I need to be tested for COVID. I told him all my symptoms, and he said it sounded like a cold. I said I would still like to get tested, and that there were other women who were also sick and one of them had even lost her sense of taste and smell. The nurse told me to tell the other women to go see him. I told the other women to do so, and they went to see him too. The nurse said he would come back later that day and test us. He did come back that afternoon to test the five of us who said we weren't feeling well with rapid tests.

6. Around 4pm on December 7 they called four of the five women who were tested and told us to pack up because we had COVID. We only had five minutes to pack, and in the rush, I forgot my medication. This included my asthma pump, as well as two different prescription medications. As soon as I realized, I asked staff for my medication. Four days later, I was still asking medical staff and correctional staff for my medication. They wouldn't bring me my medication, and medical said I had no refills to issue a new prescription. Finally, after four days they brought me my pump. This was after I told them that I had been using someone else's pump and that I needed my medication ASAP and had asked my family to talk to the lawyers because I didn't know what else to do. The officer only brought me my pump, not my other prescription medication.

7. I was in isolation in the visitation room in FSL for 17 days. While I was there I felt like I was

treated like a zoo animal. We were sleeping on cots in a room that was well below normal temperature, with one blanket each. After a few days in isolation we did get a mattress to put on top of the cots, as well as a bed roll. This was after we complained because it was cold, and the other women from FSL told us there were extra mattresses in a closet in the visiting room. We hardly saw an officer while we were in isolation. Staff did pill line and they came in to bring our meals—they'd roll the food in and leave or throw the property they were bringing in on the floor, and immediately shut the door behind them again. We had to bang on the window to get their attention. We could call our families on a phone where we use our account to pay. But the emergency phone in the room did not work to call staff, and we had no way to call medical for an emergency. One of the women who came into isolation from the Camp became violently ill. We tried to get her help but it took several hours to get medical attention. Ultimately, she was hospitalized for many days.

8. For the first several days we were in there, medical staff didn't evaluate us other than to take our temperatures. Later they started coming to ask about our symptoms, and check our lungs and vitals. But medical was not available to us on nights or on weekends. We didn't receive any prescribed medication for our symptoms, and the doctor told us our body aches were from sleeping on the metal cots.

9. When I got back to the Camp on December 24, there was a really bad gas smell. This has been a problem for almost the whole year, but the smell had never been as bad as it was on the 24th. We had complained about the gas smell in mid-November. We were told that the mechanical room was inspected by Eversource and that several leaks were detected in the incoming service line, but that replacement parts were ordered and all leaks would be addressed within 20 days. In December we continued to complain that we smelled gas, but were told the problem had

3

been resolved. On December 24 we were really scared for our lives the smell was so bad. We kept complaining to staff each day and we were told to keep the windows open. Finally, on December 27 we were evacuated from the Camp building after a visit from the fire department. We were moved to the visiting rooms in FCI and FSL for temporary housing. The women who hadn't previously been COVID-positive were all tested for COVID around December 22, but we were all mixed together when we moved. On December 28 while we were still in temporary housing, we learned that 11 women tested positive. Later that day the rest of us were returned to the Camp, and any remaining non-positive women were tested on December 29. There are still some lingering gas odors in Camp, but not when windows are open.

10. I continue to experience mild headaches and shortness of breath. My asthma still flares, and I am still congested. Medical staff have told us that we just have to let the symptoms take their course.

> I have reviewed the information contained in this declaration. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge. I authorize use of my electronic signature to sign this declaration.

>       /s/ Yahaira Diaz