# Exhibit O

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : : : | |
| Petitioner, | : : | |
| v. | : : | Civ. No. 3:20 cv 569 (MPS) |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : : : : | |
| Respondent. | : | January 4, 2021 |

## DECLARATION OF JASMIR HUMPHREY

I, Jasmir Humphrey, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Jasmir Humphrey. I arrived at FCI Danbury in August 2020. After being quarantined in the SHU at the men's facility, I was housed at the Camp. I was incarcerated at FCI Danbury until December 31, 2020. On December 31, I was released to home confinement.

2. At around Thanksgiving and at the beginning of December, they were not checking temperatures of the women in the Camp. They also did not ask whether we had COVID symptoms during that time.

3. On December 12, 2020, I learned I had tested positive for COVID. The results were from a test taken on December 8.

4. I was brought with 9 other women from the Camp to the visiting room at the men's facility. There were a bunch of women from the FSL in the room with us. We were held there until December 23. My symptoms were loss of taste and smell and headaches. Some women were so sick they couldn't eat and could hardly move. One woman could not stop coughing.

1

5. We slept on cots without mattresses. At night it was freezing and we only had one blanket and one sheet each.

6. Staff checked our temperatures on weekdays but didn't check our other vital signs or listen to our lungs. They didn't check anything on the weekends. It wasn't until the last day right before we went back to the Camp that staff took all our vital signs including checking oxygen. For pill line each day, staff stood outside the door to the visiting room with the door cracked open and called out names.

7. A CO was stationed in the visiting room for the first few days and then no one was in there with us. They took the phone when they left and we had no access to a phone until December 22 when a lieutenant came and got one for us. To get help, we had to bang on the door and mostly we were just ignored by staff.

8. For the first three days in the visiting room, we didn't have access to a shower. After that, they put in a shower. It was at the top of wooden steps. There was no curtain and there wasn't proper drainage. The water pooled up. The steps were slippery and I fell and hurt my back and my ankle. I asked for medical help. It was a Sunday and staff told me I'd have to wait until the next day to see medical. The next day I saw a doctor and he said he would give me medication for the pain. I did not receive it.

9. After we went back to the Camp, there was a terrible gas smell. The smell had been there since I first arrived in the Camp in late August. But it got much worse at Christmas. Everyone was complaining to staff about the smell. On December 27, firemen came to the Camp. While the firemen were there, the COs told us we had to pack up right away and leave. They brought me and other women to the FSL visiting room for the night. It hadn't been cleaned and was really nasty in there. There was dirty underwear on the floor. The next day, they announced some of

the women in that room with us had to leave because they tested positive for COVID. That night, they brought us back to the Camp.

I have reviewed the information contained in this declaration. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge. I authorize use of my electronic signature to sign this declaration.

_/s/ Jasmir Humphrey_____