# Exhibit P

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : : : | |
| Petitioner, | : : | |
| v. | : : | Civ. No. 3:20 cv 569 (MPS) |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : : : : | |
| Respondent. | : | January 4, 2021 |

## DECLARATION OF JACQUELINE TORRES

I, Jacqueline Torres, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Jaqueline Torres. Until December 23, 2020, I was incarcerated at FCI Danbury. I was housed at the Camp. On December 23, I was released on home confinement. I am currently at home.

2. During the week of Thanksgiving and the week after, our temperatures were not taken at the Camp and no one asked us about COVID symptoms.

3. Women were having symptoms during this time period. I started feeling bad the night of December 6, 2020. On December 7, I told staff that I had symptoms and asked to be tested. Five of us were tested that day with a rapid test. Four of us, including me, were told we were positive and brought to the FSL visiting room the same day. My symptoms were shortness of breath, headache, and loss of taste and smell. The fifth woman with symptoms was brought over the next day.

4. We didn't see a doctor until December 10. After that, the doctor checked our vitals on weekdays

1

but not on weekends. No one checked our vitals on the weekends. Medical did not give us any medication to help with our symptoms. We had to buy the medication that we could from commissary.

5. We could use a phone in the visiting room to call our families but there wasn't a way to call staff in an emergency. There was a sign on the wall by the phone that had a number to call in case of emergencies. We tried calling it several times and it didn't work. We had to bang on the windows to try to get the attention of COs for help.

6. One woman from the Camp went for days without her inhaler. She kept asking for it and they finally brought it for her after four or five days.

7. Another woman from the Camp got really, really sick. She was vomiting and had trouble walking. We told staff she had to go to the hospital. She went by ambulance to the hospital. She came back to the FSL from the hospital but then had to go again. She was gone for multiple days. When she came back the next time, they put her alone in the suicide room in the FSL. She was banging on the wall yelling for help.

8. On December 23, I left the facility directly from medical isolation.

> I have reviewed the information contained in this declaration. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge. I authorize use of my electronic signature to sign this declaration.
>
>     /s/ Jacqueline Torres