# Exhibit Q

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : : : | |
| Petitioner, | : : | |
| v. | : : | Civ. No. 3:20 cv 569 (MPS) |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : : : : | |
| Respondent. | : | January 3, 2021 |

**DECLARATION OF ALICIA JUNCA**

I, Alicia Junca, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Alicia Junca, and I am currently incarcerated at FCI Danbury in the Camp.

2. On December 7, four women from Camp tested positive for COVID-19 from rapid tests. On December 8, one more woman from Camp tested positive from a rapid test. The rest of us were also tested December 8 with tests that take 5-7 days to get results.

3. On December 12 in the morning, I found out that I had tested positive for COVID-19. Eight other women also tested positive. We were put in isolation in the men's facility visiting room. There were both women from the FSL and women from the Camp there together. There were two women from FSL when we first got there, and then five more from FSL later that day, plus one more on December 14. And on December 15, the tenth Camp woman to test positive from the December 8 tests was brought to the visiting room as well.

4. When we got to the visiting room, they were not prepared for us. It took them six hours to bring us cots. There were people who were sick and needed to lie down, but didn't have anywhere

1

until they brought the beds. The cots and the blankets they brought us were dirty—there were dead bugs in the blankets. We didn't have access to a shower for three days in the visiting room. Then they built a shower in the visiting room bathroom. The shower had makeshift steps built to go up to it and a couple of women fell on them. It also took three days for us to get feminine napkins, and when we did get them, there weren't enough for us, and it took four more days to get more.

5. For the first three days we were in the visiting room there was an officer on duty at the desk. After three days, the officer was ordered out and told not to stay in the room with us. After that officers checked on us for count, which is every five hours. When the officer left, they took the phone from the desk as well. That meant we had no computer or phone access and no way to contact our family or anyone else. We kept asking for a phone to call our families and the officers said that they asked but were told that we would not have a phone or computers. On the day before we left isolation, the acting assistant warden came in and apologized that we didn't have a phone and said he didn't know why we didn't have one. So for the last two days we did have a phone.

6. The only medical staff who checked on us were EMTs, *not* nurses or doctors. They came once a day to take our temperatures and ask our symptoms. This only happened during the week and not on the weekend. No one's heart rate (except as described below), pulse or oxygen levels were checked the entire time we were there until the day we were released.

7. There were times during the night when we needed medical for an emergency. One of the women in the visiting room has asthma and was having an asthma attack, and her inhaler was not working. Her other inhaler was back at the Camp. This was 2:30 in the morning on the first night. When we told the officer who was in the room, he told us medical is closed and there

2

won't be anyone there until six am. We told him that she couldn't breathe, and he said there was nothing he could do. The second night that we were there the same person with asthma had a muscle spasm so severe that she was crying. This was 3:30 in the morning. Again we tried to get help and was told there was nothing they could do because medical wasn't there overnight. Another time a woman began to feel faint and numb early in the morning and had to wait almost an hour for medical to get there.

8. One of the women who was in the visiting room with me has a heart condition: she is on Beta Blockers to slow down her heart rate. She kept asking every day for the EMTs to check her heart rate. They only checked it twice, after she repeatedly asked them to, and when they did it was over 140. They didn't check it again until the day we left despite her continuing to ask them about it.

9. On the day we left isolation, December 23, a nurse came in to check on four of the women: myself, the woman with the heart condition, and two other women. He checked our pulse, heart rate, and temperature. My pulse was high. The woman with the heart condition had a heart rate of 160. They released all of us from isolation.

10. Since we've been released medical hasn't checked on us. They did check on the heart rate of the woman with the heart condition, but only for three days and then not since.

11. On December 23 back at the Camp we noticed a really strong gas smell as soon as we walked back in. It was a smell we had noticed earlier in the Camp as well. There are no smoke detectors and no carbon monoxide monitors that we can see in the Camp, and we couldn't find any fire alarms. I asked one of the officers on duty, and he said there are no fire alarms at the camp. There weren't any in the FCI visiting room either. By the next day at the Camp, I was feeling extremely light-headed and fatigued. On December 27, were removed from the unit and half of

3

us were placed in the FSL visiting room and half in the FCI visiting room. I was sent to the FSL visiting room. The room looked like the one I had been in when I had COVID. It did not look like the room had been cleaned before we got there—there were underwear on the floor, the floor and the showers were dirty. When we got to the FSL that night, an EMT did come and check our pulse and take our temperature and ask if we had any symptoms. The unit manager also came by to ask if we needed anything. I don't know why they didn't do that before. They hadn't done that the whole time we were sick and in isolation. We were returned to the Camp on December 28.

12. On December 28 eleven more women from Camp found out they tested positive. They found out while we were still at the FSL and men's visiting rooms after being evacuated from the Camp. This was from a COVID test they did of everyone in the Camp on December 22. The three women who tested positive and were temporarily in the FSL were sent to the men's visiting room. Eight women who were temporarily in the men's visiting room tested positive and remained there. Meanwhile, we had all been sleeping close together on cots a few feet apart.

13. On December 29 they did another round of COVID testing for those of us who were negative last time. There were 32 of us in the camp at that time, and 16 of us had had COVID earlier in December, so there were only 16 women left in the Camp who hadn't had COVID. We were told the results should come back the following week.

> I have reviewed the information contained in this declaration. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge. I authorize use of my electronic signature to sign this declaration.

/s/ Alicia Junca

4