# Exhibit R

I instructed my HVAC staff to contact Eversource for the strong gas smell coming from the old visiting room area. Eversource came out and inspected the lines to discover there was an external leak at the entrance into the old visiting room area. This issue was resolved today by the electric company, Eversource.

However, the camp's mechanical room was also inspected by Eversource and it was discovered to have several Grade 2/3 gas leaks in the incoming service line. The replacement parts are currently being sourced and scheduled for repair within (Grade 2) 10 working days, and (Grade 3) 20 working days. Please note: Our annual gas line inspection was completed in September with no discrepancies reported at the time of the inspection.

The heat at the camp was set at 88 last week. Mr. Pankiv came down to set the temperature at 72 because it was too hot. Today, the heat was temporarily shut off when the gas lines were being inspected. There may be a lingering smell in the old visiting room area, however, that smell should diminish soon.

I can have the plumber come down to check on the hot water problem.

Please have the unit secretary submit work requests for any lights that may be blown.

The Fire Alarm System is currently on hold due to the Central Office. FCI Danbury has no control over this break in service. We will start back up as soon as we receive the approval to move forward.

I hope I have answered all of your concerns as I ask you to be patient with us, while we are now understaffed, underfunded, and short of time, to complete everyone's requests at once.

P   Allen-Scott
General Foreman
FCI Danbury
33 1/2 Pembroke Station
Danbury, CT 06811

file:///C:/Users/[redacted]AppData/Local/Temp/XPgrpwise/5FA...   11/13/2020