Civil- (Dec-2008)

HONORABLE: Michael P. Shae via Zoom

DEPUTY CLERK D. Johnson     RPTR/ECRO/TAPE J. Monette

TOTAL TIME: 2 hours 2 minutes

DATE: Jan. 8, 2021    START TIME: 12:02    END TIME: 2:04

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:20CV569 (MPS)

MARTINEZ-BROOKS, et al                     Gould/Olihuela/Russell/Harrington
                                            Plaintiff's Counsel
              vs
Easter, et al                               Nelson/Orticelli/Hughes/McConaghyPutna
                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing         ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Argument

☐ ….#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….   ☐ Briefs(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ ………  _____  ☐ filed ☐ docketed
☐ ………  _____  ☐ filed ☐ docketed
☐ ………  _____  ☐ filed ☐ docketed
☐ ………  _____  ☐ filed ☐ docketed
☐ ………  _____  ☐ filed ☐ docketed
☐ ………  _____  ☐ filed ☐ docketed
☐ ………  Hearing continued until _____ at _____

Notes: