# Exhibit B1 (redacted)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : : : | |
| Petitioner, | : : | |
| v. | : : | Civ. No. 3:20 cv 569 (MPS) |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : : : : : | |
| Respondent. | : | March 1, 2021 |

**DECLARATION OF T▇▇▇ E▇▇▇**

I, T▇▇ E▇▇▇, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is T▇▇ E▇▇▇, and I am currently incarcerated at FCI Danbury. I am 39 years old and have a BMI of 42.9, a history of smoking (approximately 1 package per day for 21 years), and hypertension, which puts me at high risk of developing severe illness from COVID-19 according to the CDC. I was diagnosed with Type II diabetes, another Tier I risk factor, in the community, but FCI Danbury lists my condition as "prediabetes." I am being treated with medication for diabetes.

2. I was first offered the COVID-19 vaccine on January 7, 2020. At that time, I was called up to medical and the dental assistant was there. She showed me a piece of paper and said to "sign here" if I wanted to take it, and "sign here" if I didn't want to take it. I asked her if she had any information about the vaccine and she said "no." Then I asked her if she was planning to take the vaccine, and she shook her head "no," she wasn't taking it. There was no handout or piece of paper providing information about the vaccine.

3. I felt nervous about not having any information, and I was concerned that the FCI

1

Danbury staff member administering the vaccine wasn't willing to take it.  I declined to take the vaccine at that time.

    4.   Since then, I have been able to get more information about the vaccine, I've gotten advice from family members that work in the medical field, and I've seen other people get the vaccine. Now I feel comfortable taking it.

    5.   I am now willing to take the vaccine.  The vaccine has not been offered to me again. The last week of February, I submitted an electronic cop-out saying that I would be willing to take it.

    I have reviewed the information contained in this declaration with counsel by telephone. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge.



/s/ T███ E███████
T███ E███████

2