# Exhibit C1 (redacted)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : : : | |
| Petitioner, | : : | |
| v. | : : | Civ. No. 3:20 cv 569 (MPS) |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : : : : | |
| Respondent. | : | March 1, 2021 |

## DECLARATION OF A▮▮▮▮ M▮▮▮▮

I, A▮▮▮ M▮▮▮, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is A▮▮▮ M▮▮▮ and I am currently incarcerated at the men's facility at FCI Danbury. I am a 71-year-old man whose age and medical conditions—including hypertension, trigeminal neuralgia and neuritis, hyperlipidemia, macular degeneration, cataracts, and chronic kidney disease, among many other issues that make me seriously vulnerable to COVID-19.

2. In the first week of January, I signed a consent form indicating that I was willing to take the COVID-19 vaccine in the future. I was suddenly called to medical and offered the COVID-19 vaccine on January 6, 2021. I was surprised to learn that the vaccine would be administered by a dental hygienist and that I would not have the opportunity to speak to a doctor during the vaccine administration. I am on nine different medications that made me very concerned about my potential risks and had expected to have the opportunity to discuss these issues with my doctor—Dr. S▮▮▮▮. When I asked to speak to my doctor, I was told that was not an option.

3. Because I did not have the opportunity to speak to Dr. S▮▮▮▮, I did not have access to enough information to make my decision at that time. I signed a form acknowledging that I

was not accepting a vaccine that day—but with a protest that I requested information as far as vulnerability was concerned.

4. Since that time, I have been able to thoroughly review the 5-page fact sheet on the vaccine and I am now fully prepared to take the vaccine, as I have already told BOP staff. Given the weeks of time I have had to process the vaccine information, I now understand that my medications do not pose a problem with respect to the vaccine administration.

5. I have not yet been offered the vaccine again, but I am prepared to take it as soon as it is offered to me. That is critical both for my safety and for the safety of everyone in our community.

I have reviewed the information contained in this declaration with counsel by telephone. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge.



/s/ A▮▮▮▮ M▮▮▮▮
A▮▮▮▮ M▮▮▮▮

2