# Exhibit D1 (redacted)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JAMES WHITTED, individually, and on                    :
behalf of all others similarly situated,               :
                                                       :
            Petitioner,                                :
                                                       :
v.                                                     :            Civ. No. 3:20 cv 569 (MPS)
                                                       :
DIANE EASTER, Warden of Federal                        :
Correctional Institution at Danbury, in her            :
official capacity                                      :
                                                       :
            Respondent.                                :            March 3, 2021


**DECLARATION OF M█████████ D████████**

I, M██████ D███████ hereby declare pursuant to 28 U.S.C. § 1746:

1.   My name is M██████ D██████, and I am currently incarcerated at FCI Danbury. I am 47

years old and have type II diabetes, severe obesity (BMI 43.3), hypertension, and asthma.

2.   I was offered the COVID-19 vaccine on January 6, 2020 by a paramedic at the FSL. I

was only given a consent form. He did not give me other information to read about the vaccine.

I was nervous to take it because I did not have much information about it.

3.   Since then, I have learned more about the vaccine and I have decided to take it. In

February, I informed medical staff FCI Danbury using a cop-out that I want to take the vaccine.

4.   The vaccine has not been offered to me again yet.

I have reviewed the information contained in this declaration with counsel by telephone. I
declare under the pains and penalties of perjury that the contents are true and correct to the
best of my knowledge.


                                        /s/ M████████ D█████████
                                            M████████ D█████