# Exhibit E1 (redacted)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 3:20 cv 569 (MPS) |
| | : | |
| DIANE EASTER, Warden of Federal Correctional Institution at Danbury, in her official capacity | : | |
| | : | |
| Respondent. | : | March 1, 2021 |

**DECLARATION OF M███████ S█████**

I, M█████ S████, hereby declare pursuant to 28 U.S.C. § 1746:

1.  My name is M█████ █████ and I am currently incarcerated at the men's facility at FCI Danbury. I have several medical conditions that put me at high risk of developing severe illness from COVID-19 according to the CDC, including type II diabetes, BMI of 45.9, coronary artery disease, moderate asthma, and hypertension.

2.  I was first offered the COVID-19 vaccine on January 7, 2021. At that time, I went to Medical, and a dental hygienist told me the Pfizer vaccine was being offered that day, but gave me the paperwork for the Moderna vaccine. Because I was not sure which vaccine I was being offered, I became nervous.

3.  The Moderna factsheet said that individuals with certain conditions should consult with their doctor before taking the vaccine. The conditions included being on blood thinners and suffering from blood clots, both of which apply to me. I asked the dental hygienist whether it was safe for me to take the vaccine given my blood clots, the fact that I am taking blood thinners, and my medical conditions including chronic pulmonary embolisms and deep vein thrombosis.

1

The dental hygienist said they did not know the answer to my question. I asked to talk with a doctor and was told that a doctor was not available.

4.   I have been hospitalized four-to-five times since 2015 due to these serious medical conditions and wanted to make sure the vaccine is safe for me to take. Therefore, I decided at that time to sign a consent form declining the vaccine. I found out from other inmates afterwards that the Moderna vaccine, and not Pfizer, was offered that day.

5.   I am supposed to see a doctor for chronic care every six months, but I have been waiting 15 months to see a doctor. I have been on blood thinners since 2015 and was supposed to be transferred to a Care Level III facility because I need more continuous monitoring. This transfer has not yet happened.

6.   I finally saw a doctor last week—Dr. S███████. When I discussed the vaccine with the doctor, she said she didn't know whether it was safe for me to take the vaccine because of my blood thinners, pulmonary embolism, and deep vein thrombosis. She researched on the computer for 30 minutes and told me there was not enough study data confirming that the vaccine was safe given my medical conditions. She was not sure if the trials included people with my conditions.

7.   I told Dr. S███████ that I wanted to take the vaccine because of my high medical risk to severe illness from COVID-19, but she told me I had to make that decision on my own and that she would not sign her name saying it was safe for me to take the vaccine. She said she was not sure if the vaccine would help or hurt me.

8.   Based on my conversation with Dr. S███████, I do not believe I should take the vaccine until I get medical confirmation that it is safe for me to do so.

> I have reviewed the information contained in this declaration with counsel by telephone. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge.



/s/ M█████ S████
M█████ S████

2