# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated,<br><br>*Petitioner*,<br>v.<br><br>DIANE EASTER, Warden of Federal Correctional Institution at Danbury in her official capacity,<br><br>*Respondent*. | No. 3:20-cv-00569 (MPS)<br><br><br><br><br>March 3, 2021 |

## MOTION TO SEAL CERTAIN EXHIBITS FILED IN SUPPORT OF NOTICE OF REQUEST FOR STATUS CONFERENCE

Petitioner-Class, through counsel, moves to seal Exhibits A, B-2, C-2, D-2, E-2, F, and G filed with its Notice of Request for Status Conference. (Dkt No. 350). These Exhibits identify certain individuals incarcerated at FCI Danbury as medically vulnerable and disclose medical and other information about these individuals that this Court has ordered may be filed under seal in this case. Redacted versions of some of these Exhibits have been publicly filed along with the Motion. *See* Ex. B-1, C-1, D-1, E-1.

Dated: March 3, 2021

Respectfully submitted,

*Counsel for the Petitioner-Class*

*/s/ Sarah F. Russell*
Sarah French Russell, ct26604
Tessa Bialek, ct30582
Lauren Austin, *Law Student Intern\**
Dominique Granata, *Law Student Intern\**
Alexis Farkash, *Law Student Intern*
Nathanael Honore, *Law Student Intern\**
Nooram Mumtaz, *Law Student Intern\**
Gabriella Pascarelli, *Law Student Intern\**
Samantha Pernal, *Law Student Intern*
Xhoni Qyteza, *Law Student Intern\**
Catherine Seymour, *Law Student Intern\**
Hannah Snow, *Law Student Intern*
Kimberly Van Grouw, *Law Student Intern\**
Kylee Verrill, *Law Student Intern*
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
          tessa.bialek@quinnpiac.edu

Fiona Doherty, ct28623
Zal K. Shroff, phv10872
*Poonam Daryani, *Law Student Intern*
*Elizabeth Clarke, *Law Student Intern*
Ariadne Ellsworth, *Law Student Intern*
Alexandra Gonzalez, *Law Student Intern*
Alexander Nocks, *Law Student Intern*
Phoenix Rice-Johnson, *Law Student Intern*
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Email: fiona.doherty@ylsclinics.org
Jerome N. Frank Legal Services Organization

\*Law student appearance motions forthcoming

Alexandra Harrington, ct 30943
Criminal Justice Advocacy Clinic University at Buffalo School of Law
507 O'Brian Hall, North Campus
Buffalo, NY 14260
Telephone: (716) 984-2453
Email: aharr@buffalo.edu

David S. Golub, ct00145
Jonathan M. Levine, ct 07584
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Email: dgolub@sgtlaw.com
          jlevine@sgtlaw.com

2