UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated,<br><br>*Petitioner*,<br><br>v.<br><br>DIANE EASTER, Warden of Federal Correctional Institution at Danbury in her official capacity,<br><br>*Respondent*. | No. 3:20-cv-00569 (MPS) |

## MOTION FOR LAW STUDENT APPEARANCE & STUDENT CERTIFICATION

We, the undersigned, respectfully submit this Motion for Law Student Appearance pursuant to District of Connecticut Local Rule of Civil Procedure 83.9 in order to appear in this matter on behalf of Petitioner James Whitted.

By our signatures below, we each independently certify as follows:

1. I am a law student with the Jerome N. Frank Legal Services Organization at Yale Law School ("LSO"). I am enrolled and am in good standing at Yale Law School.

2. I understand that Rule 83.9(c)(2) requires that law students have completed at least two semesters of credit in legal studies. I am currently enrolled in my second semester at Yale Law School. I respectfully ask the Court to waive this requirement.

3. I am not employed or compensated by Petitioner Whitted.

4. My work in this matter will be supervised by Fiona Doherty, who co-directs the Criminal Justice Advocacy Clinic in LSO. Attorney Doherty is admitted to practice in the District

1

of Connecticut and has agreed to assume professional responsibility for my work in this matter. (*See* Exhibit A). Attorney Doherty has appeared on behalf of Petitioner Whitted in this case. My work will also be supervised by Zal Shroff, a co-operating counsel with LSO whose application for admission to the District of Connecticut is pending.

5. I have obtained the written approval of Petitioner Whitted to appear on his behalf in this matter under the supervision of Attorneys Doherty and Shroff. (*See* Exhibit B).

WHEREFORE, the undersigned respectfully request approval from the Court to appear in this matter on behalf of Petitioner Whitted as provided under Local Rule of Civil Procedure 83.9

Date: March 2, 2021                              /s/ Poonam Daryani
                                                 LAW STUDENT INTERN

Date: March 2, 2021                              /s/ Elizabeth Clarke
                                                 LAW STUDENT INTERN

<u>EXHIBIT A</u>

<u>CONSENT OF SUPERVISING ATTORNEY FIONA DOHERTY</u>

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of POONAM DARYANI and ELIZABETH CLARKE; and that I will appear with the students in all proceedings before Court.

Date: <u>March 2, 2021</u>                    /s/ Fiona Doherty

                                                   Fiona Doherty, *Clinical Professor of Law*
                                                   Zal Shroff, *Co-operating Counsel*
                                                   Jerome N. Frank Legal Services Organization
                                                   T – (203) 432-4800
                                                   F - (203) 432-1426
                                                   fiona.doherty@ylsclinics.org
                                                   zal.shroff@ylsclinics.org

EXHIBIT B

CLIENT CONSENT

I hereby consent to the appearance on my behalf of law students POONAM DARYANI and ELIZABETH CLARKE to provide legal services and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of FIONA DOHERTY and ZAL SHROFF.

Date: 3-3-21

_____
Signature of Client James Whitted

70 New York Ave
Middletown NY 10940
Address