UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WHITTED, : <br> individually, and on behalf of all others : <br> similarly situated, : <br>               Petitioner, : <br> : <br> v. : <br> : <br> : <br> The Warden of Federal Correctional : <br> Institution at Danbury, in her official capacity, : <br>               Respondent. : | Case No. 3:20-cv-569 (MPS) <br><br><br> April 7, 2021 |

**JOINT MOTION TO WITHDRAW RESOLVED ISSUES**

The parties are pleased to inform the Court that the parties have by agreement resolved all issues raised in ECF Nos. 350 and 369 that were set for Friday's hearing, except those issues pertaining to the inmates who refused a vaccine offered to them in early January 2021. Petitioner's counsel has had the opportunity to review this filing and has authorized the Respondent to represent to the Court that they fully join in this submission. The parties are thankful to Honorable Magistrate Judge Farrish for his efforts in helping the parties reach resolution.

Respectfully Submitted,

Respondent,
By Her Attorneys,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

        /s/
John B. Hughes, ct05289
Michelle L. McConaghy, ct27157
David C. Nelson, ct25640
Jillian R. Orticelli, ct28591
Nathaniel M. Putnam, phv10463
Assistant U.S. Attorneys

## **CERTIFICATION**

      I certify that on April 7, 2021, a copy of the foregoing Joint Motion to Withdraw Resolved Issues was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            /s/
                                    Michelle L. McConaghy (ct27157)
                                    David C. Nelson (ct25640)
                                    Jillian R. Orticelli (ct28591)
                                    Nathaniel M. Putnam (phv10463)