## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WHITTED, individually, and on behalf of all others similarly situated,<br><br>*Petitioner*,<br>v.<br><br>DIANE EASTER, Warden of Federal Correctional Institution at Danbury in her official capacity,<br><br>*Respondent*. | No. 3:20-cv-00569 (MPS)<br><br><br><br><br>July 20, 2021 |

## PETITIONER'S MOTION TO WITHDRAW
## SEALED MOTION TO ENFORCE SETTLEMENT AGREEMENT (ECF 404)

Pursuant to Local Rule 83.6, Petitioner-Class moves to withdraw the Sealed Motion to Enforce the Settlement Agreement (ECF 404). The individual who is the subject of the sealed motion was transferred by the Bureau of Prisons to home confinement on July 15, 2021.

Dated: July 20, 2021　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Petitioner-Class*

*/s/ Sarah F. Russell*
Sarah French Russell, ct26604
Tessa Bialek, ct30582
Hannah Snow, *Law Student Intern*
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Avenue
Hamden, CT 06518
Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu
       tessa.bialek@quinnpiac.edu

Marisol Orihuela, ct30543
Fiona Doherty, ct28623
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Telephone: (203) 432-4800
Email: marisol.orihuela@ylsclinics.org

Alexandra Harrington, ct 30943
Criminal Justice Advocacy Clinic, University at Buffalo School of Law
507 O'Brian Hall, North Campus
Buffalo, NY 14260
Telephone: (716) 984-2453
Email: aharr@buffalo.edu

David S. Golub, ct00145
Jonathan M. Levine, ct 07584
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Email: dgolub@sgtlaw.com
       jlevine@sgtlaw.com